1. Each of the 17 Republican senators signed the secrecy agreements as follows:

    a)   Robert Cowles, the elected Republican Senator from the 2nd Senate District, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 26, 2011.

    b)   Alberta Darling, the elected Republican Senator from the 8th Senate District, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 6, 2011.

    c)   Michael Ellis, the elected Republican Senator from the 19th Senate District, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 26, 2011.

    d)   Glenn Grothman, the elected Republican Senator from the 4th Senate District, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 21, 2011.

    e)   Sheila Harsdorf, the elected Republican Senator from the 10th Senate District, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 6, 2011.

    f)   Neal Kedzie, the elected Republican Senator from the 11th Senate District, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 3, 2011.

    g)   Frank Lasee, the elected Republican Senator from the 1st Senate District, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 21, 2011.

EXHIBIT 4

    h)    Mary Lazich, the elected Republican Senator from the 28th Senate District, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 3, 2011.

    i)    Joseph Leibham, the elected Republican Senator from the 9th Senate District, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 21, 2011.

    j)    Terry Moulton, the elected Republican Senator from the 23rd Senate District, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 10, 2011.

    k)    Luther S. Olson, the elected Republican Senator from the 14th Senate District, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 10, 2011.

    l)    Leah Vukmir, the elected Republican Senator from the 5th Senate District, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 4, 2011.

    m)    Van H. Wanggaard, the elected Republican Senator from the 21st Senate District, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 28, 2011.

    n)    Rich Zipperer, the elected Republican Senator from the 33rd Senate District, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 6, 2011.

2. Under the direction and supervision of Mr. McLeod, Adam Foltz met with 58 Republican members of the Wisconsin State Assembly and asked that each representative sign a secrecy

agreement captioned "Confidentiality and Nondisclosure Related to Reapportionment" before being allowed to review and discuss the development of the legislative reapportionment plan for which Michael, Best & Friedrich had been hired to supervise. The secrecy agreement indicated that McLeod had "instructed" Mr. Foltz to meet with certain members of the Assembly to discuss the reapportionment process and that said conversations were to be considered subject to the attorney client and attorney work product privileges. Each of the 58 representatives signed the secrecy agreements between March 31, 2011 and June 2, 2011, and each thereby agreed not to disclose the fact and/or contents of the discussions or any draft documents within their possession related to reapportionment. The individual meetings occurred at Mr. Foltz's office at Michael, Best and Friedrich. Each of the 58 Republican representatives signed the secrecy agreements as follows:

   a) Tyler August, the elected Republican Representative from Assembly District 32, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 26, 2011.

   b) Joan Ballweg, the elected Republican Representative from Assembly District 41, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 6, 2011.

   c) Kathleen M. Bernier, the elected Republican Representative from Assembly District 68, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 4, 2011.

   d) Garey Bies the elected Republican Representative from Assembly District 1, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 12, 2011.

e) Ed Brooks, the elected Republican Representative from Assembly District 50, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 26, 2011.

f) David Craig, the elected Republican Representative from Assembly District 83, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on June 1, 2011.

g) Michael Endsley, the elected Republican Representative from Assembly District 26, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 4, 2011.

h) Paul Farrow, the elected Republican Representative from Assembly District 98, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 13, 2011.

i) Mark Honadel, the elected Republican Representative from Assembly District 21, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 6, 2011.

j) Andre Jacque, the elected Republican Representative from Assembly District 2, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 26, 2011.

k) Chris Kapenga, the elected Republican Representative from Assembly District 33, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 27, 2011.

l) Dean R. Kaufert, the elected Republican Representative from Assembly District 55, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 3, 2011.

m) Samantha Kerkman, the elected Republican Representative from Assembly District 66, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 19, 2011.

n) Steve Kestell, the elected Republican Representative from Assembly District 27, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 12, 2011.

o) Joel Kleefisch, the elected Republican Representative from Assembly District 38, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 5, 2011.

p) John L. Klenke, the elected Republican Representative from Assembly District 88, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 7, 2011.

q) Joseph K. Knilans, the elected Republican Representative from Assembly District 44, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 13, 2011.

r) Dan Knodl, the elected Republican Representative from Assembly District 24, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 7, 2011.

s)   Dean Knudson, the elected Republican Representative from Assembly District 30, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 13, 2011.

t)   Dale Kooyenga, the elected Republican Representative from Assembly District 14, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 4, 2011.

u)   William F. Kramer, the elected Republican Representative from Assembly District 97, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 7, 2011.

v)   Scott Krug, the elected Republican Representative from Assembly District 72, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 11, 2011.

w)   Michael Kuglitsch, the elected Republican Representative from Assembly District 84, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 5, 2011.

x)   Tom Larson, the elected Republican Representative from Assembly District 67, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 3, 2011.

y)   Daniel R. LeMahieu, the elected Republican Representative from Assembly District 59, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 4, 2011.

z) Michelle Litgens, in her individual and official capacity as the elected Republican Representative from Assembly District 56, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 3, 2011.

aa) Amy Loudenbeck, in her individual and official capacity as the elected Republican Representative from Assembly District 45, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 13, 2011.

bb) Howard Marklein, the elected Republican Representative from Assembly District 51, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 7, 2011.

cc) Dan Meyer, the elected Republican Representative from Assembly District 34, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 20, 2011.

dd) Jeffrey Mursau, the elected Republican Representative from Assembly District 36, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 27, 2011.

ee) John Murtha, the elected Republican Representative from Assembly District 29, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 6, 2011.

ff) Steven L. Nass, the elected Republican Representative from Assembly District 31, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 26, 2011.

gg) Lee Nerison, the elected Republican Representative from Assembly District 96, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 4, 2011.

hh) John Nygren, the elected Republican Representative from Assembly District 89, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 12, 2011.

ii) Alvin R. Ott, the elected Republican Representative from Assembly District 3, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 27, 2011.

jj) Jim Ott, the elected Republican Representative from Assembly District 23, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on June 2, 2011.

kk) Kevin David Peterson, the elected Republican Representative from Assembly District 40, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 5, 2011.

ll) Jerry Petrowski, the elected Republican Representative from Assembly District 86, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 27, 2011.

mm) Warren Petryck, the elected Republican Representative from Assembly District 93, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 3, 2011.

nn) Don Pridemore, the elected Republican Representative from Assembly District 99, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on March 31, 2011.

oo) Keith Ripp, the elected Republican Representative from Assembly District 47, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 7, 2011.

pp) Roger Rivard, the elected Republican Representative from Assembly District 75, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 4, 2011.

qq) Eric Severson, the elected Republican Representative from Assembly District 28, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 13, 2011.

rr) Richard Spanbauer, the elected Republican Representative from Assembly District 53, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 12, 2011.

ss) Jim Steineke, the elected Republican Representative from Assembly District 5, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 14, 2011.

tt) Jeff Stone, the elected Republican Representative from Assembly District 82, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on June 2, 2011.

uu) Pat Strachota, the elected Republican Representative from Assembly District 58, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 4, 2011.

vv) Dewey Stroebel, the elected Republican Representative from Assembly District 60, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on June 1, 2011.

ww) Scott Suder, the elected Republican Representative from Assembly District 69, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 6, 2011.

xx) Gary Tauchen, the elected Republican Representative from Assembly District 6, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 7, 2011.

yy) Jeremy Theisfeldt, the elected Republican Representative from Assembly District 52, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 12, 2011.

zz) Thomas P. Tiffany, the elected Republican Representative from Assembly District 35, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 13, 2011.

aaa) Travis Tramel, the elected Republican Representative from Assembly District 49, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 9, 2011.

bbb)   Karl Van Roy, the elected Republican Representative from Assembly District 90, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 13, 2011.

ccc)   Chad Weininger, the elected Republican Representative from Assembly District 4, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 21, 2011.

ddd)   Mary L. Williams, in her individual and official capacity as the elected Republican Representative from Assembly District 87, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on April 7, 2011.

eee)   Evan Wynn, the elected Republican Representative from Assembly District 43, signed a secrecy agreement with Michael Best and Friedrich by Eric M. McLeod on May 3, 2011.