**United States Court of Appeals**
for the Seventh Circuit
219 South Dearborn Street
Chicago, Illinois 60604-1818

Chambers of
Diane P. Wood
Chief Judge

Tel. 312-435-5521
Fax 312-408-5117
dwood@ca7.uscourts.gov

July 15, 2015

Sent Via Mail and Email

Honorable Barbara B. Crabb
United States District Court
Post Office Box 591
Madison, WI 53701-0591

Re:   *Whitford v. Nichol, et al.*
      WIWD Case No. 15-cv-421-bbc

Dear Barbara:

I am writing to confirm that I have received your notification of the filing of the case of *Whitford v. Nichol* et al., No. 15-cv-421-bbc, in the Western District of Wisconsin. I agree with you that a three-judge court is required for this case, and so I am taking steps to convene one. We will let you know as soon as the other two judges have been selected.

Sincerely,

*Diane*

Diane P. Wood

Cc:   Collins Fitzpatrick, Circuit Executive