IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM WHITFORD, et al.,

    Plaintiffs,

v.                                          Case No. 15-CV-421-bbc

GERALD NICHOL, et al.,

    Defendants.

## STIPULATION

Plaintiffs and Defendants, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. The defendants were served with the summons and complaint on Tuesday, July 14, 2015.

2. Defendants shall have an extension of time through and including August 18, 2015, to answer or otherwise respond to the Complaint.

**STIPULATED AND AGREED.**

Dated this 3rd day of August, 2015.

| | |
|---|---|
| ***/s/ Peter G. Earle*** | ***/s/ Brian P. Keenan*** |
| PETER G. EARLE | BRIAN P. KEENAN |
| | Assistant Attorney General |
| Law Office of Peter G. Earle | Wisconsin Department of Justice |
| 839 North Jefferson Street | Post Office Box 7857 |
| Suite 300 | Madison, Wisconsin 53707-7857 |
| Milwaukee, WI 53202 | (608) 266-0020 (Keenan) |
| (414) 276-1076 | *keenanbp@doj.state.wi.us* |
| *peter@earle-law.com* | |
| One of the attorneys for Plaintiffs | One of the attorneys for Defendants |