IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

September 23, 2015

WILLIAM WHITFORD, *et al.*,

    Plaintiffs,

v.

GERALD C. NICHOL, *et al.*,

    Defendants.

No. 15-cv-421-bbc

Judge Barbara B. Crabb

ORDER

The complaint in this case challenges the constitutionality of the apportionment of the Wisconsin State Legislature. Judge Barbara B. Crabb, to whom the case was assigned in the district court, has notified me that a three-judge district court is required by 28 U.S.C. § 2284. I designate Circuit Judge Kenneth F. Ripple and Chief District Judge William C. Griesbach, of the Eastern District of Wisconsin, as additional members of the three-judge court.

                                                                  /s/ Diane P. Wood

                                                                  Diane P. Wood, Chief Judge
                                                                  United States Court of Appeals
                                                                  for the Seventh Circuit