**SEAN P. TRENDE**
1146 Elderberry Loop.
Delaware, OH 43015
strende@realclearpolitics.com

## EDUCATION

B.A., Yale University, with distinction, History and Political Science, 1995.

M.A., Duke University, *cum laude*, Political Science, 2001. Thesis titled *The Making of an Ideological Court: Application of Non-parametric Scaling Techniques to Explain Supreme Court Voting Patterns from 1900-1941*, June 2001.

J.D., Duke University School of Law, *cum laude*, 2001; Duke Law Journal, Research Editor; Moot Court Board.

## PROFESSIONAL EXPERIENCE

Law Clerk, Hon. Deanell R. Tacha, U.S. Court of Appeals for the Tenth Circuit, 2001-02.

Associate, Kirkland & Ellis, LLP, Washington, DC, 2002-05.

Associate, Hunton & Williams, LLP, Richmond, Virginia, 2005-09.

Associate, David, Kamp & Frank, P.C., Newport News, Virginia, 2009-10.

Senior Elections Analyst, RealClearPolitics, 2009-present.

## BOOKS

Larry J. Sabato, ed., *The Surge:2014's Big GOP Win and What It Means for the Next Presidential Election*, ch. 12 (2015).

Larry J. Sabato, ed., *Barack Obama and the New America*, ch. 12 (2013).

Barone, Kraushaar, McCutcheon & Trende, *The Almanac of American Politics 2014* (2013).

*The Lost Majority: Why the Future of Government is up for Grabs – And Who Will Take It* (2012).

## REAL CLEAR POLITICS COLUMNS

Full archives available at http://www.realclearpolitics.com/authors/sean_trende/

## PUBLICATIONS FROM LAST 10 YEARS

"The GOP and the Latino Vote," *National Review*, June 15, 2012.

"Political Economy," *National Review*, Special 2010 Election Issue.

"It's 1974 All Over Again," *The Weekly Standard*, Apr. 26, 2010.

"Defamation, Anti-SLAPP Legislation, and the Blogosphere: New Solutions for an Old Problem," 44 Duq. L. Rev. 607 (2006).

(with Christian C. Burden), "The Economic Loss Rule and Franchise Attorneys," 27 Franchise L.J., 192 (2008)

## SELECTED PRESENTATIONS AND APPEARANCES

Panelist, "Independent Experts on Republican Candidates" (with Michael Barone and Josh Kraushaar), American University, Washington, DC, November 2011.

Panelist, "2011 Mortimer Caplin Conference on the World Economy" (with Bill Schneider, John Sides, and Sarah Binder), The National Press Club, Washington, DC, December 2011.

"The State of the Presidential Nominating Process: A Debate" (with Jay Cost), Berry College, December 2011.

"The Lost Majorities: 2008, 2010 and America's Political Future," Bradley Lecture, American Enterprise Institute, January 2012.

Panelist, "Collective Bargaining, Public Pensions and Voters: The Policy and Politics of Public-Sector Employees in the 2012 Elections," (with Karlyn Bowman, Ruy Teixeira, and Henry Olson), American Enterprise Institute, January 2012.

"The People's Money: How Voters Will Balance the Budget and Eliminate the Federal Debt.," (with Michael Barone and Scott Rasmussen), CATO Institute, March 2012.

Panelist, "Republican Primaries: Explaining the Results and Assessing What they Mean for the Future of the GOP," (with Dante Scala and Kate Zernike), Chaire Raoul-Dandurand en Etudes Strategiques et Diplomatiques, Montreal, March 2012

"Obama's Vanished Coalition," (with Lance Tarrance and Emily Ekins), CATO Institute, April 2012.

Panelist, "The Future of Red and Blue," (with Ruy Teixeira), Bipartisan Policy Center, Washington, DC, April 2012.

"The 2012 Elections: Trends, Prognostications and What's at Stake," 3rd Annual Family Office Wealth Management Forum, Greensboro, Georgia, May 2012.

"2012 U.S. Elections Series," with Bruce Stokes and Alexandra de Hoop Scheffer, German Marshall Fund, Brussels, Belgium, Oct. 4, 2012.

Panelist, "The Power of Pundits," (with John Sides, Linda Vavreck, and Melissa Harris-Perry), American Political Science Ass'n, Aug. 29, 2013.

Panelist, "Post-Election Coverage" (with Raul Avillar, Dan Balz, Robert Collins, Jen O'Malley Dillon, Alex Isenstadt, Nathan Klein, Joe Lenski, John McLaughlin, and Patrick O'Connor), University of Kansas, Dec. 11-12, 2014.
Panelist, "Evenwel v. Abbott: What Does One Person, One Vote Really Mean?" (with Andrew W. Grossman and Hans A. von Spakovsky), Heritage Foundation, Sept. 15, 2015.

Appeared in countless radio and television appearances including appearances on Fox News, MSNBC, ABC News Australia, Fox News Radio, Beijing Radio, CNN Radio, NPR, and other outlets.