**Wisconsin_clustering_computation.R**

```
require(maptools)
require(Imap)
require(sp)
require(rgdal)
require(rgeos)
require(fields)

map_2002=readOGR("Ward_Election_Data_2002.shp",
 "Ward_Election_Data_2002")
map_2002=spTransform(map_2002, CRS("+proj=longlat
 +datum=WGS84"))
map_2002$r_share=map_2002$GOV_REP/(map_2002$GOV_REP +
 map_2002$GOV_DEM)
map_2002$pvi=map_2002$r_share -
 sum(map_2002$GOV_REP)/(sum(map_2002$GOV_REP) +
 sum(map_2002$GOV_DEM))
map_2002$pvi[which(is.nan(map_2002$pvi))]=0

map_2004=readOGR("wtm_8391_wards_2004_ed.shp",
 "wtm_8391_wards_2004_ed")
map_2004=spTransform(map_2004, CRS("+proj=longlat
 +datum=WGS84"))
map_2004$r_share=map_2004$PRES_REP/(map_2004$PRES_REP +
 map_2004$PRES_DEM)
map_2004$pvi=map_2004$r_share -
 sum(map_2004$PRES_REP)/(sum(map_2004$PRES_REP) +
 sum(map_2004$PRES_DEM))
map_2004$pvi[which(is.nan(map_2004$pvi))]=0

map_2006=readOGR("2006_election_data_by_ward.shp",
 "2006_election_data_by_ward")
map_2006=spTransform(map_2006, CRS("+proj=longlat
 +datum=WGS84"))
map_2006$r_share=map_2006$SEN_REP/(map_2006$SEN_REP +
 map_2006$SEN_DEM)
map_2006$pvi=map_2006$r_share -
 sum(map_2006$SEN_REP)/(sum(map_2006$SEN_REP) +
 sum(map_2006$SEN_DEM))
```

1

```
map_2006$pvi[which(is.nan(map_2006$pvi))]=0

map_2008=readOGR("2008_election_data_by_ward.shp",
 "2008_election_data_by_ward")
map_2008=spTransform(map_2008, CRS("+proj=longlat
 +datum=WGS84"))
map_2008$r_share=map_2008$PRESREP08/(map_2008$PRESREP08 +
 map_2008$PRESDEM08)
map_2008$pvi=map_2008$r_share -
 sum(map_2008$PRESREP08)/(sum(map_2008$PRESREP08) +
 sum(map_2008$PRESDEM08))
map_2008$pvi[which(is.nan(map_2008$pvi))]=0

map_2010=readOGR("WISELR_Wards_WTM8391_041712.shp",
 "WISELR_Wards_WTM8391_041712")
map_2010=spTransform(map_2010, CRS("+proj=longlat
 +datum=WGS84"))
map_2010$r_share=map_2010$GOVREP10/(map_2010$GOVREP10 +
 map_2010$GOVDEM10)
map_2010$pvi=map_2010$r_share -
 sum(map_2010$GOVREP10)/(sum(map_2010$GOVREP10) +
 sum(map_2010$GOVDEM10))
map_2010$pvi[which(is.nan(map_2010$pvi))]=0

map_2012=readOGR("Wards_111312_ED_110612.shp",
 "Wards_111312_ED_110612")
map_2012=spTransform(map_2012, CRS("+proj=longlat
 +datum=WGS84"))
map_2012$r_share=map_2012$PRES_REP12/(map_2012$PRES_REP12 +
 map_2012$PRES_DEM12)
map_2012$pvi=map_2012$r_share -
 sum(map_2012$PRES_REP12)/(sum(map_2012$PRES_REP12) +
 sum(map_2012$PRES_DEM12))
map_2012$pvi[which(is.nan(map_2012$pvi))]=0

map_2014=readOGR("Wards_Final_Geo_111312_2014_ED.shp",
 "Wards_Final_Geo_111312_2014_ED")
map_2014=spTransform(map_2014, CRS("+proj=longlat
 +datum=WGS84"))
map_2014$r_share=map_2014$GOVREP14/(map_2014$GOVREP14 +
```

```
map_2014$GOVDEM14)
map_2014$pvi=map_2012$r_share -
 sum(map_2014$GOVREP14)/(sum(map_2014$GOVREP14) +
 sum(map_2014$GOVDEM14))
map_2014$pvi[which(is.nan(map_2014$pvi))]=0

pare_down_map_percentile_d=function(map, percentile) {
    barrier=quantile(map$pvi, percentile)
    return(map[which(map$pvi < barrier),])
}

pare_down_map_percentile_r=function(map, percentile) {
    barrier=quantile(map$pvi, percentile)
    return(map[which(map$pvi > barrier),])
}

nearest_neighbor_distance_median=function(mtrx) {
    array_thing=NULL

    for (i in 1:dim(mtrx)[1]) {
        array_thing=rbind(array_thing, min(mtrx[i,][-i]))
    }
    return(median(array_thing))
}

years=c(2002, 2004, 2006, 2008, 2010, 2012, 2014)

d_means=c(mean(map_2002[map_2002$pvi < 0,]$pvi),
          mean(map_2004[map_2004$pvi < 0,]$pvi),
          mean(map_2006[map_2006$pvi < 0,]$pvi),
          mean(map_2008[map_2008$pvi < 0,]$pvi),
          mean(map_2010[map_2010$pvi < 0,]$pvi),
          mean(map_2012[map_2012$pvi < 0,]$pvi),
          mean(map_2014[map_2014$pvi < 0,]$pvi))

d_meds=c(median(map_2002[map_2002$pvi < 0,]$pvi),
         median(map_2004[map_2004$pvi < 0,]$pvi),
         median(map_2006[map_2006$pvi < 0,]$pvi),
         median(map_2008[map_2008$pvi < 0,]$pvi),
         median(map_2010[map_2010$pvi < 0,]$pvi),
```

3

```
            median(map_2012[map_2012$pvi < 0,]$pvi),
            median(map_2014[map_2014$pvi < 0,]$pvi))

r_means=c(mean(map_2002[map_2002$pvi > 0,]$pvi),
            mean(map_2004[map_2004$pvi > 0,]$pvi),
            mean(map_2006[map_2006$pvi > 0,]$pvi),
            mean(map_2008[map_2008$pvi > 0,]$pvi),
            mean(map_2010[map_2010$pvi > 0,]$pvi),
            mean(map_2012[map_2012$pvi > 0,]$pvi),
            mean(map_2014[map_2014$pvi > 0,]$pvi))

r_meds=c(median(map_2002[map_2002$pvi > 0,]$pvi),
            median(map_2004[map_2004$pvi > 0,]$pvi),
            median(map_2006[map_2006$pvi > 0,]$pvi),
            median(map_2008[map_2008$pvi > 0,]$pvi),
            median(map_2010[map_2010$pvi > 0,]$pvi),
            median(map_2012[map_2012$pvi > 0,]$pvi),
            median(map_2014[map_2014$pvi > 0,]$pvi))

write.csv(as.data.frame(cbind(years, d_means, d_meds,
 r_means, r_meds)), "wi_means_and_medians.csv", row.names =
 FALSE)

pvi_vec = seq(from = .03, to = .45, by = .03)
data_frame=NULL
row=NULL

for (i in pvi_vec) {
    row=cbind(row,
 nearest_neighbor_distance_median(rdist.earth(coordinates(pa
 re_down_map_percentile_d(map_2002, i)))))
    row=cbind(row,
 nearest_neighbor_distance_median(rdist.earth(coordinates(pa
 re_down_map_percentile_d(map_2004, i)))))
    row=cbind(row,
 nearest_neighbor_distance_median(rdist.earth(coordinates(pa
 re_down_map_percentile_d(map_2006, i)))))
    row=cbind(row,
 nearest_neighbor_distance_median(rdist.earth(coordinates(pa
 re_down_map_percentile_d(map_2008, i)))))
```

```r
    row=cbind(row,
nearest_neighbor_distance_median(rdist.earth(coordinates(pa
re_down_map_percentile_d(map_2010, i)))))
    row=cbind(row,
nearest_neighbor_distance_median(rdist.earth(coordinates(pa
re_down_map_percentile_d(map_2012, i)))))
    row=cbind(row,
nearest_neighbor_distance_median(rdist.earth(coordinates(pa
re_down_map_percentile_d(map_2014, i)))))
    data_frame=rbind(data_frame, row)
    row=NULL
}

data_frame=t(data_frame)
data_frame=as.data.frame(data_frame)
rownames(data_frame)=years
names(data_frame)=pvi_vec

write.csv(data_frame, "d_lean_by_quantile.csv")

pvi_vec = seq(from = .55, to = .97, by = .03)
data_frame=NULL
row=NULL

for (i in pvi_vec) {
    row=cbind(row,
nearest_neighbor_distance_median(rdist.earth(coordinates(pa
re_down_map_percentile_r(map_2002, i)))))
    row=cbind(row,
nearest_neighbor_distance_median(rdist.earth(coordinates(pa
re_down_map_percentile_r(map_2004, i)))))
    row=cbind(row,
nearest_neighbor_distance_median(rdist.earth(coordinates(pa
re_down_map_percentile_r(map_2006, i)))))
    row=cbind(row,
nearest_neighbor_distance_median(rdist.earth(coordinates(pa
re_down_map_percentile_r(map_2008, i)))))
    row=cbind(row,
nearest_neighbor_distance_median(rdist.earth(coordinates(pa
re_down_map_percentile_r(map_2010, i)))))
```

```
    row=cbind(row,
nearest_neighbor_distance_median(rdist.earth(coordinates(pa
re_down_map_percentile_r(map_2012, i)))))
    row=cbind(row,
nearest_neighbor_distance_median(rdist.earth(coordinates(pa
re_down_map_percentile_r(map_2014, i)))))
    data_frame=rbind(data_frame, row)
    row=NULL
}

data_frame=t(data_frame)
data_frame=as.data.frame(data_frame)
rownames(data_frame)=years
names(data_frame)=1 - pvi_vec

write.csv(data_frame, "r_lean_by_quantile.csv")
```