IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM WHITFORD, ROGER ANCLAM,
EMILY BUNTING, MARY LYNNE DONOHUE,
HELEN HARRIS, WAYNE JENSEN,
WENDY SUE JOHNSON, JANET MITCHELL,
ALLISON SEATON, JAMES SEATON,
JEROME WALLACE and DONALD WINTER,

                                                             ORDER

            Plaintiffs,

                                                         15-cv-421-bbc

    v.

GERALD C. NICHOL, THOMAS BARLAND,
JOHN FRANKE, HAROLD V. FROEHLICH,
KEVIN J. KENNEDY, ELSA LAMELAS and
TIMOTHY VOCKE,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dr. Jowei Chen's motion for leave to participate in this case as an *amicus curiae* is DENIED. The motion for summary judgment is to be heard in one week, which leaves the parties insufficient time to respond to the motion.

Entered this 17th day of March, 2016.

                                            BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge