# SIMON JACKMAN

## INVOICE

650 387 3019
jackman@stanford.edu

1051 Moreno Ave
Palo Alto, CA
94303

Attention: Ruth Greenwood
Chicago Lawyers' Committee for Civil Rights Under Law
100 N. Lasalle Street, Suite 600,
Chicago, IL 60602
Date: 12/7/15

Project Title: Wisconsin's 2011 state legislative districting plan
Project Description: assessing the efficiency gap as an indicator of partisan gerrymandering, historical analysis, comparisons of the Wisconsin plan with historical and contemporaneous precedents, actionable threshold.

| Description | Hours | Rate | Cost |
|---|---|---|---|
| Arizona analysis, writeup, October 2015 | 2.50 | $ 250 | $ 625 |
| Deposition preparation, phone calls | 2.00 | $ 250 | $ 500 |
| Deposition preparation, Madison | 4.70 | $ 250 | $ 1,175 |
| Deposition preparation, solo | 2.00 | $ 250 | $ 500 |
| Deposition | 4.00 | $ 250 | $ 1,000 |
| Deposition transcript review, comments | 3.00 | $ 250 | $ 750 |
| Rebuttal report preparation | 1.00 | $ 250 | $ 250 |
| **Hour totals** | | | $ 4,800 |
| Airfare, SFO-MSN-SFO | | | $ 447 |
| **TOTAL** | | | $ 5,247 |

Sincerely yours,

*[signature: Simon Jackman]*

Simon Jackman

EXHIBIT
S. Jackman
63
3/16/16
PENGAD 800-631-6989

# SIMON JACKMAN

# INVOICE

jackman@stanford.edu

Until March 12:
65 High St,
Oxford, OX1 4EL
UNITED KINGDOM

After March 12:
89 Endeavour St,
Red Hill, ACT 2603
AUSTRALIA

Attention: Ruth Greenwood
Chicago Lawyers' Committee for Civil Rights Under Law
100 N. Lasalle Street, Suite 600,
Chicago, IL 60602
Date: **2/23/16 (corrects invoice of 2/15/16)**

Project Title: Wisconsin's 2011 state legislative districting plan
Project Description: rebuttal report, analysis, report writing.

| Date | Description | Hours |
|---|---|---|
| 12/13/15 | phone conversation, Ruth G, Nick S., Paul S. | 0.60 |
| 12/18/15 | rebuttal preparation | 3.00 |
| 12/19/15 | rebuttal preparation | 4.00 |
| 12/20/15 | rebuttal preparation | 4.00 |
| 12/21/15 | rebuttal preparation | 8.00 |
| 12/22/15 | rebuttal preparation | 12.60 |
| 12/23/15 | rebuttal preparation | 0.50 |
| 12/24/15 | rebuttal preparation | 3.00 |
| 12/25/15 | rebuttal preparation | 2.50 |
| 1/6/16 | summary judgement review, graphs | 1.50 |
| | Total | 39.70 |
| | At rate of **$250/hr** | **$9925.00** |

Sincerely yours,

*[signature]*

Simon Jackman