# Kenneth Mayer Consulting, LLC
## 7105 Longmeadow Rd
## Madison, WI 53717

| | |
|---|---|
| INVOICE | Chicago Lawyers' Committee for Civil Rights Under Law |
| | 100 N. LaSalle St. |
| | Suite 600 |
| | Chicago, IL 60602 |
| Invoice Date: | 1-Dec-15 |
| Client | Chicago Lawyer's Committee for Civil Rights Under Law |
| Dates of Services | November 1-November 30, 2015 |
| Amount Due | $4,500.00 |
| Due Date | Net 10 days |

| Date | Description | Hours |
|---|---|---|
| 3-Nov | Deposition preparation | 1.75 |
| 5-Nov | Deposition preparation | 1.25 |
| 6-Nov | Deposition preparation | 1.75 |
| 7-Nov | Deposition preparation | 2.25 |
| 8-Nov | Deposition preparation | 3.5 |
| 9-Nov | Deposition | 3.5 |
| 29-Nov | Deposition Transcript review | 1 |
| | Total Hours | 15 |
| | Hourly Rate | $300 |
| | Subtotal | $4,500 |
| | Other Expenses | $ - |
| | **Total** | **$ 4,500** |



EXHIBIT
Mayer
72
YKN 3-30-16

**Kenneth Mayer Consulting, LLC**
**7105 Longmeadow Rd**
**Madison, WI 53717**

| | |
|---|---|
| INVOICE | Chicago Lawyers' Committee for Civil Rights Under Law |
| | 100 N. LaSalle St. |
| | Suite 600 |
| | Chicago, IL 60602 |
| Invoice Date: | 2-Nov-15 |
| Client | Chicago Lawyer's Committee for Civil Rights Under Law |
| Dates of Services | October 1-October 31, 2015 |
| Amount Due | $1,650.00 |
| Due Date | Net 10 days |

| Date | Description | Hours |
|---|---|---|
| 20-Oct | Discovery preparation | 0.75 |
| 21-Oct | Discovery preparation | 3.5 |
| 22-Oct | Discovery preparation | 1.25 |

| | | |
|---|---|---|
| | Total Hours | 5.5 |
| | Hourly Rate | $300 |
| | Subtotal | $1,650 |
| | Other Expenses | $ - |
| | **Total** | **$ 1,650** |

**Kenneth Mayer Consulting, LLC**
**7105 Longmeadow Rd**
**Madison, WI 53717**

| | |
|---|---|
| INVOICE | Chicago Lawyers' Committee for Civil Rights Under Law |
| | 100 N. LaSalle St. |
| | Suite 600 |
| | Chicago, IL 60602 |

| | |
|---|---|
| Invoice Date: | 4-Jan-16 |
| Client | Chicago Lawyer's Committee for Civil Rights Under Law |
| Dates of Services | December 1- December 31, 2015 |
| Amount Due | $15,225.00 |
| Due Date | Net 10 days |

| Date | Description | Hours |
|---|---|---|
| 3-Dec | Report Review | 0.75 |
| 4-Dec | Phone call Stephonopoulos | 0.5 |
| 6-Dec | Report Review | 0.75 |
| 7-Dec | Report Review | 1.5 |
| 8-Dec | Report Review | 3.25 |
| 9-Dec | Report review | 2.75 |
| 10-Dec | phone call Greenwood Strauss Earle | 1.25 |
| | Report review | 2.5 |
| 11-Dec | Rebuttal preparation | 1.25 |
| 12-Dec | Rebuttal Preparation | 1.25 |
| 13-Dec | Rebuttal Preparation | 4.25 |
| 14-Dec | Rebuttal Preparation | 3.75 |
| 15-Dec | Rebuttal Preparation | 0.75 |
| 16-Dec | Deposition Review | 1.5 |
| 17-Dec | Rebuttal Preparation | 4.25 |
| 18-Dec | Rebuttal Preparatiion | 8.5 |
| 19-Dec | Rebuttal Preparation | 8.25 |
| 20-Dec | Rebuttal Preparation | 2.5 |
| 21-Dec | Rebuttal Preparation | 1.25 |
| | Total Hours | 50.75 |
| | Hourly Rate | $300 |
| | Subtotal | $15,225 |
| | Other Expenses | $ - |
| | **Total** | **$15,225** |