# **EXHIBIT 2**

Exhibit 2

**Exhibits Plaintiffs Expect to Present at Trial**

| Exhibit No. | Description |
|---|---|
| 1 | Illustrative Maps |
| 2 | Expert Report of Ken Mayer, dated July 3, 2015 |
| 3 | Expert Report of Ken Mayer, Mayer Regression Model |
| 4 | Expert Report of Ken Mayer, Figure 1 |
| 5 | Expert Report of Ken Mayer, Figure 2 |
| 6 | Expert Report of Ken Mayer, Figure 3 |
| 7 | Expert Report of Ken Mayer, Figure 4 |
| 8 | Expert Report of Ken Mayer, Figure 5 |
| 9 | Expert Report of Ken Mayer, Figure 6 |
| 10 | Expert Report of Ken Mayer, Figure 7 |
| 11 | Expert Report of Ken Mayer, Figure 8 |
| 12 | Expert Report of Ken Mayer, Figure 9 |
| 13 | Expert Report of Ken Mayer, Figure 10 |
| 14 | Expert Report of Ken Mayer, Figure 11 |
| 15 | Expert Report of Ken Mayer, Figure 12 |
| 16 | Expert Report of Ken Mayer, Figure 13 |
| 17 | Expert Report of Ken Mayer, Figure 14 |
| 18 | Expert Report of Ken Mayer, Table 1 |
| 19 | Expert Report of Ken Mayer, Table 2 |
| 20 | Expert Report of Ken Mayer, Table 3 |
| 21 | Expert Report of Ken Mayer, Table 4 |
| 22 | Expert Report of Ken Mayer, Table 5 |
| 23 | Expert Report of Ken Mayer, Table 6 |
| 24 | Expert Report of Ken Mayer, Table 7 |
| 25 | Expert Report of Ken Mayer, Table 8 |
| 26 | Expert Report of Ken Mayer, Table 9 |
| 27 | Expert Report of Ken Mayer, Table 10 |
| 28 | Expert Report of Ken Mayer, Annex Table, Differences Between GAB reports and LTSB data |
| 29 | Expert Report of Ken Mayer, Annex Table, Allocation of Reporting Unit Data to Ward Data |
| 30 | Expert Report of Ken Mayer, Annex Table, Independent Variable: Assembly Republican Vote Totals |
| 31 | Expert Report of Ken Mayer, Annex Table, Independent Variable: Assembly Democratic Vote Totals |
| 32 | Expert Report of Ken Mayer, Annex Table, Population Deviation |
| 33 | Expert Report of Ken Mayer, Annex Table, Compactness |
| 34 | Expert Report of Simon Jackman, dated July 7, 2015 |
| 35 | Expert Report of Simon Jackman, Figure 1 |
| 36 | Expert Report of Simon Jackman, Figure 2 |

| 37 | Expert Report of Simon Jackman, Figure 3 |
|---|---|
| 38 | Expert Report of Simon Jackman, Figure 4 |
| 39 | Expert Report of Simon Jackman, Figure 5 |
| 40 | Expert Report of Simon Jackman, Figure 6 |
| 41 | Expert Report of Simon Jackman, Figure 7 |
| 42 | Expert Report of Simon Jackman, Figure 8 |
| 43 | Expert Report of Simon Jackman, Figure 9 |
| 44 | Expert Report of Simon Jackman, Figure 10 |
| 45 | Expert Report of Simon Jackman, Figure 11 |
| 46 | Expert Report of Simon Jackman, Figure 12 |
| 47 | Expert Report of Simon Jackman, Figure 13 |
| 48 | Expert Report of Simon Jackman, Figure 14 |
| 49 | Expert Report of Simon Jackman, Figure 15 |
| 50 | Expert Report of Simon Jackman, Figure 16 |
| 51 | Expert Report of Simon Jackman, Figure 17 |
| 52 | Expert Report of Simon Jackman, Figure 18 |
| 53 | Expert Report of Simon Jackman, Figure 19 |
| 54 | Expert Report of Simon Jackman, Figure 20 |
| 55 | Expert Report of Simon Jackman, Figure 21 |
| 56 | Expert Report of Simon Jackman, Figure 22 |
| 57 | Expert Report of Simon Jackman, Figure 23 |
| 58 | Expert Report of Simon Jackman, Figure 24 |
| 59 | Expert Report of Simon Jackman, Figure 25 |
| 60 | Expert Report of Simon Jackman, Figure 26 |
| 61 | Expert Report of Simon Jackman, Figure 27 |
| 62 | Expert Report of Simon Jackman, Figure 28 |
| 63 | Expert Report of Simon Jackman, Figure 29 |
| 64 | Expert Report of Simon Jackman, Figure 30 |
| 65 | Expert Report of Simon Jackman, Figure 31 |
| 66 | Expert Report of Simon Jackman, Figure 32 |
| 67 | Expert Report of Simon Jackman, Figure 33 |
| 68 | Expert Report of Simon Jackman, Figure 34 |
| 69 | Expert Report of Simon Jackman, Figure 35 |
| 70 | Expert Report of Simon Jackman, Figure 36 |
| 71 | Expert Report of Simon Jackman, Table 1 |
| 72 | Secrecy Agreements by Republican Legislators |
| 73 | Defendants' Amended Answer, dated January 15, 2016 |
| 74 | Nicholas Stephanopoulos, Our Electoral Exceptionalism (2013) article |
| 75 | Ellen Katz, Documenting Discrimination in Voting-Judicial Findings Under Section 2 (2005) article (Part 1 of 2) |
| 76 | Ellen Katz, Documenting Discrimination in Voting- Judicial Findings Under Section 2 (2005) article (Part 2 of 2) |
| 77 | Jacob Stein & Patrick Marley, GOP Redistricting Maps Make Dramatic Changes, July 8, 2011 |
| 78 | Samuel Issacharoff, Gerrymandering and Political Cartels (2002) article |

| | |
|---|---|
| 79 | Richard Pildes, The Theory of Political Competition (1999) article |
| 80 | Jacob Stein and Patrick Marley, More Than They Bargained For (2013) book excerpt, from Chapter "First Assembly Vote" |
| 81 | Trende dataset2.csv |
| 82 | Curriculum Vitae of Dr. Simon Jackman |
| 83 | Expert Rebuttal Report of Simon Jackman, dated December 21, 2015 |
| 84 | Expert Rebuttal Report of Simon Jackman, Figure 1 |
| 85 | Expert Rebuttal Report of Simon Jackman, Figure 2 |
| 86 | Expert Rebuttal Report of Simon Jackman, Figure 3 |
| 87 | Expert Rebuttal Report of Simon Jackman, Figure 4 |
| 88 | Expert Rebuttal Report of Simon Jackman, Figure 5 |
| 89 | Expert Rebuttal Report of Simon Jackman, Figure 6 |
| 90 | Expert Rebuttal Report of Simon Jackman, Figure 7 |
| 91 | Expert Rebuttal Report of Simon Jackman, Figure 8 |
| 92 | Expert Rebuttal Report of Simon Jackman, Figure 9 |
| 93 | Jackman Sensitivity Testing Reliance Material |
| 94 | Jackman Sensitivity Testing Reliance Material, Figure 1 |
| 95 | Jackman Sensitivity Testing Reliance Material, Figure 2 |
| 96 | Excerpted Carl Klarner Data |
| 97 | Party Control Data |
| 98 | Eric McGhee, Measuring Partisan Bias in Single-Member District Electoral Systems (2014) article |
| 99 | Fifield et al, A New Automated Redistricting Simulator Using Markov Chain Monte Carlo (2015) article |
| 100 | Andrew Gelman and Gary King, Estimating the Electoral Consequences of Legislative Redistricting (1990) article |
| 101 | Gary Cox and Jonathan Katz, Elbridge Gerry's Salamander (2002) book excerpt |
| 102 | Bruce Cain, Assessing the Partisan Effects of Redistricting (1985) article |
| 103 | Curriculum Vitae of Dr. Kenneth Mayer |
| 104 | Expert Rebuttal Report of Kenneth Mayer, dated December 21, 2015 |
| 105 | Expert Rebuttal Report of Kenneth Mayer, Figure A |
| 106 | Expert Rebuttal Report of Kenneth Mayer, Figure B |
| 107 | Expert Rebuttal Report of Kenneth Mayer, Figure C |
| 108 | Expert Rebuttal Report of Kenneth Mayer, Figure D |
| 109 | Expert Rebuttal Report of Kenneth Mayer, Table A |
| 110 | Expert Rebuttal Report of Kenneth Mayer, Table B |
| 111 | Expert Rebuttal Report of Kenneth Mayer, Table C |
| 112 | Expert Rebuttal Report of Kenneth Mayer, Table D |
| 113 | Expert Rebuttal Report of Kenneth Mayer, Table E |
| 114 | Amended Expert Rebuttal Report of Kenneth Mayer, dated March 31, 2016 |
| 115 | Amended Expert Rebuttal Report of Kenneth Mayer, Figure E |
| 116 | Amended Expert Rebuttal Report of Kenneth Mayer, Table F |
| 117 | Amended Expert Rebuttal Report of Kenneth Mayer, Table G |
| 118 | Edward Glaeser & Bryce Ward, Myths and Realities of American Political Geography (2005) article |

| | |
|---|---|
| 119 | Edward Glaeser and Jacob Vigdor, The End of the Segregated Century (2012) article |
| 120 | Su-Yuel Chung & Lawrence Brown, Racial/Ethnic Sorting in Spatial Context: Testing the Explanatory Frameworks (2007) article |
| 121 | Glaeser & Ward Isolation Index Chart |
| 122 | Chart with Average Efficiency Gaps for Wisconsin Plans 1970s-2010s |
| 123 | Chart with Democratic and Republican Isolation and Clustering Scores 2004-2014 |
| 124 | Chart with Breakdown of Efficiency Gap and Party Control – Historical and Current |
| 125 | Chart with Efficiency Gap Calculations for Elections Where All Races Contested |
| 126 | Declaration of Sean Trende, dated December 2, 2015 |
| 127 | Curriculum Vitae of Sean Trende |
| 128 | Transcript of Sean Trende deposition, dated December 14, 2015 |
| 129 | Subpoena for Sean Trende to appear at deposition, dated December 7, 2015 |
| 130 | Transcript of Nicholas Goedert deposition, dated December 15, 2015 |
| 131 | Fryer & Holden, Measuring the Compactness of Political Districting Plans (2011) article |
| 132 | Nicholas Goedert, Gerrymandering or Geography? How Democrats Won the Popular Vote But Lost the Congress (2012) article |
| 133 | Nicholas Goedert, The Case of Disappearing Bias: A 2014 Update to the Gerrymandering or Geography (2015) |
| 134 | Keith Gaddie April 17, 2011 Memo (Wisconsin_Partisanship.docx) |
| 135 | Subpoena for Nicholas Goedert to appear at deposition, dated December 7, 2015 |
| 136 | Expert Report of Nicholas Goedert |
| 137 | Curriculum Vitae of Nicholas Goedert |
| 138 | Plaintiffs' Complaint, dated July 8, 2015 |
| 139 | Goedert Calculations from Math Exercise During Deposition, dated December 15, 2015 |
| 140 | Nicholas Goedert, Redistricting, Risk, and Representation (2014) article |
| 141 | Nicholas Stephanopoulos & Eric McGhee, Partisan Gerrymandering and the Efficiency Gap (2015) article |
| 142 | "Media" section from Goedert's academic home page |
| 143 | Vox article, "What is gerrymandering" |
| 144 | Vox article, "How does gerrymandering work?" |
| 145 | Vox article, "How gerrymandering is important to Republican control of the house" |
| 146 | Smith & Venables, Introduction to R (2015) article |
| 147 | Sean Trende's "Wisconsin_clustering_computation.R" file |
| 148 | Andrew Gelman & Gary King, Unified Method of Evaluating Electoral Systems and Redistricting Plans (1994) article |
| 149 | Friedman & Holden, Optimal Gerrymandering: Sometimes Pack, but Never Crack (2008) article |
| 150 | Luc Anseln, Local Indicators of Spatial Association – LISA (1995) article |
| 151 | Tam Cho, Contagion Effects and Ethnic Contribution Networks (2003) article |
| 152 | Reardon & O'Sullivan, Measures of Spatial Segregation (2004) article |

4

| 153 | Denton & Massey, Hypersegregation in U.S. Metropolitan Areas: Black and Hispanic Segregation Along Five Dimensions (1989) article |
|---|---|
| 154 | Jowei Chen Amended Proposed Amicus Brief |
| 155 | Jowei Chen Wisconsin Analysis filed with Proposed Amicus Brief |
| 156 | Jowei Chen Wisconsin Act 43 Analysis, publicly available at http://www.umich.edu/~jowei/Wisconsin_Act_43_Analysis.pdf |
| 157 | Jowei Chen Wisconsin Act 43 Analysis, publicly available, Figure 2 |
| 158 | Jowei Chen Wisconsin Act 43 Analysis, publicly available, Figure 3 |
| 159 | Jowei Chen Wisconsin Act 43 Analysis, publicly available, Figure 4 |
| 160 | Jowei Chen Wisconsin Act 43 Analysis, publicly available, Figure 7 |
| 161 | Transcript of Dr. Ronald Keith Gaddie deposition, dated March 9, 2016 |
| 162 | Video deposition of Dr. Ronald Keith Gaddie, dated March 9, 2016 |
| 163 | Notice of Videotaped Deposition to Dr. Gaddie |
| 164 | Green Lexar Flash Drive (produced by Gaddie at his March 9, 2016 deposition) |
| 165 | Transcript of Dr. Gaddie deposition from January 20, 2012 (*Baldus* litigation) |
| 166 | Video deposition of Dr. Ronald Keith Gaddie, dated January 20, 2012 |
| 167 | Transcript of *Baldus* trial |
| 168 | Flash drive marked in *Baldus* as Ex. 57, produced by Dr. Gaddie January 20, 2012 |
| 169 | Dr. Gaddie's engagement/retention letter, dated April 11, 2011 |
| 170 | Flash drive produced at March 9, 2016 deposition of Dr. Gaddie with files recovered by Mark Lanterman from external hard drives |
| 171 | Photo of three hard drives |
| 172 | Plan comparisons spreadsheet (Plancomparisons.xlsm) |
| 173 | Milwaukee_Gaddie_4_16_11_v1_B , Ex. 72 in *Baldus* January 20, 2012 deposition of Dr. Gaddie |
| 174 | Milwaukee_Gaddie_4_16_11_v1_B |
| 175 | Email string between Dr. Gaddie and Joe Handrick, Tad Ottman & Adam Foltz cced, dated April 20, 2011 |
| 176 | Team Map chart (from Plan Comparisons.xlsm spreadsheet) |
| 177 | Partial version of Joint Final Pretrial Report (*Baldus* litigation) |
| 178 | Exhibit A to Joint Final Pretrial Report (*Baldus* litigation) |
| 179 | Transcript from Jeff Ylvisaker deposition, dated March 11, 2016 |
| 180 | 30(b)(6) Subpoena sent to the Wisconsin Legislative Technology Services Bureau, dated February 12, 2016 |
| 181 | Video deposition of Jeff Ylvisaker, dated April 29, 2013 |
| 182 | Transcript of Jeff Ylvisaker deposition (*Baldus* case), dated April 29, 2013 |
| 183 | Email from Peter Earle to Eric McLeod re: evidence preservation, dated April 10, 2012 |
| 184 | Chart created by Jeff Ylvisaker, tracking Foltz/Ottman computers (exhibit 2 in Ylvisaker April 29, 2013 *Baldus* deposition) |
| 185 | LTSB configuration item dated February 18, 2016 |
| 186 | Privilege log regarding LTSB decommissioning of redistricting computers, dated March 2016 |
| 187 | *Baldus* 30(b)(6) subpoenas with work orders and configuration documents, dated April 2013 |

| | |
|---|---|
| 188 | WRK32586 Responsive Spreadsheets File Detail Report.xlsx |
| 189 | WRK32586 External HD Responsive Spreadsheets File Detail Report.xlsx |
| 190 | WRK32587 Responsive Spreadsheets File Detail Report.xlsx |
| 191 | Transcript of Adam Foltz deposition, dated March 31, 2016 |
| 192 | Video deposition of Adam Foltz, dated March 31, 2016 |
| 193 | Subpoena for Adam Foltz to testify at a deposition, dated March 22, 2016 |
| 194 | Flash drive and DVD produced by Adam Foltz, March 31, 2016 |
| 195 | Transcript of Adam Foltz Deposition from *Baldus* case, dated December 21, 2011 |
| 196 | Subpoena for Adam Foltz to testify at a deposition, dated December 13, 2011 |
| 197 | Letter outlining Documents Produced in Response to Subpoena Issued by Plaintiffs to Adam Foltz/Foltz Privilege Log, dated December 21, 2011 |
| 198 | Document produced by Foltz at December 21, 2011 deposition titled 2011-2012 Legislature SB 148 Memo 1 |
| 199 | DVD identified as Adam Foltz Documents Responsive to December 13, 2011 subpoena |
| 200 | DVD identified as Adam Foltz Statewide Database |
| 201 | Order dated December 8, 2011 by U.S. District Judge J.P. Stadtmueller |
| 202 | Order dated December 20, 2011 by U.S. District Judge J.P. Statdtmueller |
| 203 | December 13, 2011 expert report of Ronald Keith Gaddie, Ph.D. |
| 204 | December 14, 2011 expert report of John Diex/Magellan Strategies BR |
| 205 | Transcript of Adam Foltz Deposition from *Baldus* case, dated February 1, 2012 |
| 206 | Breakdown of Regions pdf |
| 207 | Email from Andy Speth to Judi Rhodes, Tad Ottman dated June 14, 2011 |
| 208 | Email from Andy Speth to Judi Rhodes, Tad Ottman, Andy Gustofson, Adam Foltz, dated June 15, 2011 |
| 209 | Email from Andy Speth to Tad Ottman, Adam Foltz, dated June 21, 2011 |
| 210 | Email chain between Tad Ottman, Adam Foltz, and Michelle Litjens, dated July 7, 2011 |
| 211 | Email from Andrew Welhouse dated July 8, 2011 |
| 212 | Census data (exhibit 112 to February 1, 2012 Foltz deposition) |
| 213 | General Talking Points Memo by Foltz |
| 214 | Metadata document showing Adam Foltz as creator on June 20, 2011 |
| 215 | Transcript of Adam Foltz 30(b)(6) Deposition from *Baldus* case, dated April 30, 2013 |
| 216 | Transcript of Adam Foltz Deposition from Baldus case, dated April 30, 2013 |
| 217 | Subpoena for Adam Foltz to appear at a deposition, dated April 22, 2013 |
| 218 | Declaration of Adam Foltz, dated April 25, 2013 |
| 219 | Supplement to Declaration, dated April 26, 2013 |
| 220 | Defendants Rule 26(a)(1) initial disclosures, *Whitford* litigation |
| 221 | *Baldus* opinion, 849 F. Supp. 2d 840 (E.D. Wis. 2012) |
| 222 | Transcript of March 23, 2016 *Whitford* motion hearing |
| 223 | Amended Mark Lanterman Declaration and DVD (image), dated March 18, 2016 |
| 224 | Curriculum Vitae of Mark Lanterman |
| 225 | Computer Forensic Services DVD |
| 226 | Transcript of Tad Ottman deposition, dated March 31, 2016 |

| | |
|---|---|
| 227 | Video deposition of Tad Ottman, dated March 31, 2016 |
| 228 | Subpoena for Tad Ottman to testify at a deposition, dated March 22, 2016 |
| 229 | Flash drive and DVD produced by Tad Ottman, March 31, 2016 |
| 230 | Transcript of Tad Ottman Deposition in *Baldus* case, dated December 22, 2011 |
| 231 | Letter Outlining Documents Produced in Response to Subpoena Issued by Plaintiffs to Tad Ottman/Privilege Log dated December 22, 2011 |
| 232 | Documents Produced by Tad Ottman |
| 233 | DVD identified as Tad Ottman Documents Responsive to December 13, 2011 Subpoena |
| 234 | Subpoena for Tad Ottman to testify at a deposition, dated December 13, 2011 |
| 235 | Emails containing information that was inadvertently redacted, July 8-11, 2011 |
| 236 | Transcript of Tad Ottman Deposition in *Baldus* case, dated February 2, 2012 |
| 237 | Ottman Questions and Responses Document (Ottman 000095 – 000096)_ |
| 238 | Current Map chart and emails between Tad Ottman and Andy Speth (Ottman 000117 – 000120) |
| 239 | Email from Leah Vukmir to Tad Ottman, dated May 4, 2011 (Ottman000131.pdf) |
| 240 | Current Assembly/Senate Chart MayQandD (Ottman 000144) |
| 241 | Ottman Talking Points Memo (Ottman000141.pdf) |
| 242 | Senate District Information (Ottman 000145 – 000161) |
| 243 | Confidentiality and Nondisclosure Related to Reapportionment Agreements between Michael, Best & Friedrich and 16 Senators |
| 244 | Confidentiality and Nondisclosure Related to Reapportionment Agreements between Michael, Best & Friedrich and 58 Assembly Representatives |
| 245 | Outline for Tad Ottman testimony (Ottman 000102 – 000103) |
| 246 | Transcript of Tad Ottman 30(b)(6) depositition in Baldus case, dated April 30, 2013 |
| 247 | List of paid staff of Senator Fitzgerald June 1, 2012 through February 28, 2013 |
| 248 | Emails and documents related to SB 150 |
| 249 | Email from Tad Ottman to Ray Taffora, Jim Troupis, Adam Foltz, Eric McLeod re Timeline Update, dated June 30, 2011 |
| 250 | Email from Eric McLeod to Jim Troupis, Ray Taffora, Adam Foltz, Tad Ottman re Amendment on Effective Date of Redistricting, dated October 10, 2011 |
| 251 | Email from Senator Fitzgerald to Tad Ottman re ALEC Conference Call on Redistricting, dated January 20, 2011 |
| 252 | March 5, 2012 Letter from Eric McLeod to Douglas Poland |
| 253 | March 8, 2012 Letter from Douglas Poland to Eric McLeod |
| 254 | March 13, 2012 Letter from Eric McLeod to Douglas Poland |
| 255 | March 15, 2012 Letter from Douglas Poland to Eric McLeod |
| 256 | Email from Joseph Olson to Douglas Poland and Eric McLeod, dated March 16 and 17, 2012 |
| 257 | Letter from Michael, Best & Friedrich to Ottman re: Confidentiality and Nondisclosure Related to Reapportionment dated July 27, 2010 |
| 258 | Letter from Douglas Poland to Joseph Olson and Eric McLeod, dated June 13, 2012 |
| 259 | Transcript of Tad Ottman Deposition in *Baldus* case, dated April 30, 2013 |
| 260 | Subpoena for Tad Ottman to appear at a deposition, dated April 22, 2013 |

| 261 | Declaration of Tad Ottman, dated April 25, 2013 |
|---|---|
| 262 | GOP Seats Senate.docx |
| 263 | C_Users_afoltz_Desktop_Projects_Composite_Adam_Assertive_Curve.xlsx |
| 264 | C_Users_afoltz_Desktop_Projects_Composite_Current_Curve.xlsx |
| 265 | C_Users_afoltz_Desktop_Projects_Composite_Joe_Assertive_Curve.xlsx |
| 266 | C_Users_afoltz_Desktop_Projects_Composite_Joe_Base_Curve.xlsx |
| 267 | C_Users_afoltz_Dekstop_Projects_TadAggressiveCurve.xlsx |
| 268 | C_Users_afoltz_Desktop_Projects_Team_Map_Curve.xlsx |
| 269 | C_Users_Public_Documents_Senate_Current_Curve.xlsx |
| 270 | C_Users_tottman.WRK32587_Documents_Documents_Senate_Current_Curve.xlsx |
| 271 | C_Users_tottman.WRK32587_Documents_Documents_Tad_Senate_Assertive_Curve.xlsx |
| 272 | Composite_Adam_Assertive_Curve.xlsx |
| 273 | Composite_Current_Curve.xlsx |
| 274 | Composite_Joe_Assertive_Curve.xlsx |
| 275 | Composite_Joe_Base_Curve.xlsx |
| 276 | Senate_Current_Curve.xlsx |
| 277 | Senate_Current_Curve1.xlsx |
| 278 | Tad_Senate_Assertive_Curve.xlsx |
| 279 | Tad_Senate_Assertive_Curve1.xlsx |
| 280 | TadAggressiveCurve.xlsx |
| 281 | Team_Map_Curve_Senate.xlsx |
| 282 | Team_Map_Curve.xlsx |
| 283 | Summaries.xlsx |
| 284 | Summary.xlsx |
| 285 | C\Users\afoltz\Desktop\Workspace\Kessler\Kessler_Map_Data\asm.xls |
| 286 | C\Users\afoltz\Desktop\Workspace\Kessler\Pass1_Key.xls |
| 287 | C\Users\afoltz\Desktop\Workspace\Kessler\asm.xls |
| 288 | C\Users\afoltz\Desktop\Workspace\Kessler\asm_jobs.xls |
| 289 | C\Users\afoltz\Desktop\Workspace\Kessler\Redistricting\Kessler_Plan_061407_080707\061407_080707_Final.xls |
| 290 | Transcript of Joseph Handrick deposition, dated December 20, 2011 |
| 291 | Subpoena to Joseph Handrick from Douglas M. Poland, dated December 13, 2011 |
| 292 | Packet of documents produced by Joseph Handrick via Eric M. McLeod pursuant to the subpoena |
| 293 | Population Totals |
| 294 | CD labeled Joe Handrick Draft Maps – Block Assignment Files |
| 295 | February 15, 2011 Letter to Don M. Millis and Joseph W. Handrick from Eric M. McLeod re: Retention of Joseph Handrick |
| 296 | February 17, 2011 Letter to Eric M. McLeod from Don M. Millis Engagement Letter |
| 297 | February 18, 2011 Letter to Eric M. McLeod from Don M. Millis Amended Engagement Letter |
| 298 | Bio of Joseph W. Handrick from the website of Reinhart |

8

| 299 | Joe Handrick's lobbyist license dated January 25, 2011 |
|---|---|
| 300 | Excerpts from the book Born to Run by Ronald Keith Gaddie |
| 301 | Defendants' Amended Initial Rule 26(a) Disclosures in *Baldus* |
| 302 | Second Amended Complaint for Declaratory and Injunctive Relief in *Baldus* |
| 303 | Defendants' Answer and Affirmative Defenses to Second Amended Complaint for Declaratory and Injunctive Relief in *Baldus* |
| 304 | Plaintiffs' First Set of Interrogatories and First Request for Production of Documents in *Baldus* |
| 305 | Chapter 801.17, Commencement of Action and Venue |
| 306 | Chapter 751, Supreme Court |
| 307 | December 2, 2011 to Kathleen Madden from Joseph Louis Olson with attached Amended Summons and Amended Complaint for Declaratory and Other Relief |
| 308 | Map entitled State of Wisconsin Act 43 Assembly Districts |
| 309 | Map entitled 2011 Act 44 |
| 310 | Map entitled 2011 Act 43 |
| 311 | Transcript of Joseph Handrick deposition, dated February 1, 2012 |
| 312 | Letter from Eric M. McLeod to Douglas Poland with Supplemental Production in Response to Subpoenas Issued by Plaintiffs to Joe Handrick, Adam Foltz, and Tad Ottman, dated January 10, 2012 |
| 313 | Letter from Eric M. McLeod to Douglas Poland with additional documents, dated January 11, 2012 |
| 314 | Summary Core Constituency Report |
| 315 | Series of emails between Joseph Handrick and Jim Troupis, dated January 14, 2011 |
| 316 | Series of emails between Joseph Handrick and Jim troupis, dated January 17, 2011 |
| 317 | Series of emails between Joseph Handrick, Tad Ottman, dated January 25, 2011 |
| 318 | Series of emails between Joseph Handrick and Jim Troupis, dated February 1, 2011 |
| 319 | Emails between Joseph Handrick, Tad Ottman, dated February 14, 2011 |
| 320 | Printout of menu of a disk |
| 321 | Transcript of Joseph Handrick deposition, dated April 30, 2013 |
| 322 | Subpoena for Joseph Handrick to appear at a deposition dated April 22, 2013 |
| 323 | Demonstrative Exhibit - Charts Tracking Vote Share, Seat Share, Efficiency Gap, and Efficiency Gap Durability for Draft Act 43 Plans |
| 324 | Demonstrative Exhibit - Charts Showing Efficiency Gap and Compliance with Traditional Criteria for Wisconsin Plans by Decade |
| 325 | Demonstrative Exhibit - Charts Showing Correlations Between Efficiency Gap and Alternative Measures of Partisan Gerrymandering |
| 326 | Demonstrative Exhibit - Charts Showing Time Trends of Efficiency Gap and Alternative Measures of Partisan Gerrymandering |
| 327 | Demonstrative Exhibit - Charts Showing Distributions of Efficiency Gap and Alternative Measures of Partisan Gerrymandering |
| 328 | Demonstrative Exhibit - Charts Showing Stability of Efficiency Gap and Alternative Measures of Partisan Gerrymandering |
| 329 | Demonstrative Exhibit - Charts Showing Values and Time Trends of Efficiency Gap and Alternative Measures of Partisan Gerrymandering for Wisconsin |

| 330 | Demonstrative Exhibit - Charts Showing Relationships Between Measures of Gerrymandering and Competitiveness |
| --- | --- |
| 331 | Wisconsin Legislative Council Act Memo: 2011 Wisconsin Act 39 |
| 332 | Litigation in the 2010 Cycle, All About Redistricting, http://redistricting.lls.edu/cases.php |
| 333 | Bernard Grofman & Gary King, The Future of Partisan Symmetry as a Judicial Test for Partisan Gerrymandering After LULAC v. Perry (2007) article |
| 334 | Wisconsin State Legislature, Senate Bill 148: History, https://docs.legis.wisconsin.gov/2011/proposals/sb148 |
| 335 | Joseph Handrick Timesheets April 13, 2011 to April 20, 2011 |
| 336 | Joseph Handrick Timesheets May 25, 2011 to May 26, 2011 |
| 337 | Joe_base_map.xlsx.pdf spreadsheet with printed metadata from Joseph Handrick's document production in January 2012 |
| 338 | Joe_map_assert.xlsx.pdf spreadsheet with printed metadata from Joseph Handrick's document production in January 2012 |
| 339 | Stipulation Regarding 30(b)(6) Depositions of the Legislative Technology Services Bureau and Wisconsin State Senate and Assembly, dated March 18, 2016 |
| 340 | Plaintiffs' First Set of Requests for Admission and Attachments 1-9, dated February 5, 2016 |
| 341 | Defendants' Response to Plaintiffs' First Set of Requests for Admission, dated March 7, 2016 |
| 342 | Individual Legislator Memos and Maps from Adam Foltz to Republican Legislators (ADAMFOLZSUPPPROD000119.PDF) |
| 343 | Declaration of Mark Lanterman in *Baldus*, dated February 15, 2013 |
| 344 | Declaration of Mark Lanterman in *Baldus*, dated March 11, 2013 |
| 345 | Third Declaration of Mark Lanterman in *Baldus*, dated April 20, 2013 |
| 346 | Email chain between Tad Ottman, Joseph Handrick, and Adam Foltz dated August 3, 2011 (Handrick000352.pdf) |
| 347 | Email chain between Eric McLeod, Tad Ottman, Adam Foltz, Sarah Troupis, Jim Troupis re: "Letters of Retention—Gaddie & Handrick," dated February 11, 2011 (from 11-CV-562 DISC 2012-02-17 Legislature Released Docs_MBF 000202.pdf) |
| 348 | Email from Jim Troupis to Eric McLeod, Adam Foltz, Tad Ottman, Sarah Troupis re: Experts and Bernard Grofman, dated June 21, 2011 (from 11-CV-562 DISC 2012-02-17 Legislature Released Docs_MBF 000202.pdf) |
| 349 | Email from Tad Ottman to Jim Troupis, Eric McLeod re: the "redistricting team," dated May 16, 2011 (from 11-CV-562 DISC 2012-02-17 Legislature Released Docs_MBF 000202.pdf) |
| 350 | Email from Tad Ottman to Eric McLeod, Jim Troupis, Raymond Taffora, Sarah Troupis, Adam Foltz re: Revised Timeline, dated July 8, 2011 (from 11-CV-562 DISC 2012-02-17 Legislature Released Docs_MBF 000202.pdf) |
| 351 | Email from Jim Troupis to Tad Ottman, Adam Foltz, Eric McLeod, Sarah Troupis re: "Gaddie & Hispanic," dated June 13, 2011 (from 11-CV-562 DISC 2012-02-17 Legislature Released Docs_MBF 000202.pdf) |
| 352 | Email chain between Tad Ottman, Eric McLeod, Jim Troupis, Adam Foltz re: Meeting with Joe Handrick, dated February 15, 2011 (from 11-CV-562 DISC 2012-02-17 Legislature Released Docs_MBF 000202.pdf) |

| | |
|---|---|
| 353 | Transcript of Proceedings, Joint Public Hearing on Wisconsin Redistricting Plan, dated July 13, 2011 |
| 354 | June 20-24, 2011 Adam Foltz Legislator Meetings Schedule (ADAMFOLTZSUPPPROD000431.pdf) |
| 355 | Senate Motion to Hire Michael, Best & Friedrich and Troupis Law, dated January 3, 2011 (part of the record in *Baldus*, 11-cv-562, docket 81-2) |
| 356 | Assembly Motion to Hire Michael, Best & Friedrich dated January 4, 2011 (part of the record in *Baldus*, 11-cv-562, docket 81-3) |
| 357 | Letter from Democratic Leadership Protesting Hiring of Michael Best, & Friedrich, dated January 5, 2011 (part of the record in *Baldus*, 11-cv-562, docket 81-4) |
| 358 | Cartographic Boundary Shapefiles State Legislative Districts – Lower 2006 |
| 359 | Cartographic Boundary Shapefiles State Legislative Districts – Census 2000 |
| 360 | Email from Tad Ottman to Jim Troupis, Eric McLeod, Ray Taffora, Adam Foltz re drawing of districts, dated July 13, 2011 |
| 361 | Email from Tad Ottman to Jim Troupis, Eric McLeod, Adam Foltz re: redistricting timeline, dated February 25, 2011 |
| 362 | Email from Tad Ottman to Jim Troupis, Eric McLeod, Ray Taffora, Adam Foltz re: Hearing Memos, dated July 12, 2011 |
| 363 | Foltz Population Deviation by Party Chart – Foltz00195 |
| 364 | Tad MayQandD Chart – TADOTTMANSUPPPROD000094 |
| 365 | Ottman MayQandD_base2 Chart – TADOTTMANSUPPPROD000095 |
| 366 | Ottman Joe Assertive Chart - TADOTTMANSUPPPROD000097 |
| 367 | Ottman MayQandD_NE Chart - TADOTTMANSUPPPROD000102.pdf |
| 368 | Demonstrative Exhibit – Act 43 Showing District by District Maps |