# McLeod, Eric M (22257)

| | |
|---|---|
| **From:** | Gaddie, Ronald K. [rkgaddie@ou.edu] |
| **Sent:** | Sunday, May 08, 2011 9:32 AM |
| **To:** | McLeod, Eric M (22257) |
| **Subject:** | Billing through April 30 |
| **Attachments:** | Wisconsin_billing_20110508.pdf |

Dear Eric,

Attached please find my billing on the Wisconsin legislative redistricting through April 30.

Best,
Keith

Ronald Keith Gaddie
Professor of Political Science
Editor, *Social Science Quarterly*
The University of Oklahoma
455 West Lindsey Street, Room 222
Norman, OK 73019-2001
Phone 405-325-4989
Fax 405-325-0718
E-mail: rkgaddie@ou.edu
http://faculty-staff.ou.edu/G/Ronald.K.Gaddie-1
http://socialsciencequarterly.org



Gaddie
EXHIBIT NO. 68
1/20/12  RPTR PL
For the Record, Inc.
(608) 833-0392

MBF000030

Ronald Keith Gaddie
3801 Chamberlyne Way
Norman, OK 73072
rkgaddie@ou.edu
(405) 329-9723

May 8 2011

Eric M. McLeod, Esq.
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Post Office Box 1806
Madison, WI 53701-1806

Dear Eric,

Attached please find a bill for services rendered to your firm related to the Wisconsin legislative redistricting, for the period April 9 through April 30 2011.

Sincerely,

Ronald Keith Gaddie Ph.D.

CC: File

Ronald Keith Gaddie
3801 Chamberlyne Way
Norman, OK 73072
Tax ID 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

For services rendered in the Wisconsin legislative redistricting, for the period April 9 through April 30 2011.

Professional Services:
Research and Analysis          49.1 hours at $300      $14,730.00

                                                     Total      $14,730.00

MBF000032