**McLeod, Eric M (22257)**

**From:** Gaddie, Ronald K. [rkgaddie@ou.edu]
**Sent:** Tuesday, May 31, 2011 2:23 PM
**To:** McLeod, Eric M (22257)
**Subject:** Billing
**Attachments:** Wisconsin_billing_20110603.pdf

Eric-

Thank you for the prompt payment of the previous billing. Attached is the bill for May. I will be in the Caribbean June 2-11, but have email access. Please let me know when (if) you need me back in Wisconsin.

Best,
Keith

Ronald Keith Gaddie
Professor of Political Science
Editor, *Social Science Quarterly*
The University of Oklahoma
455 West Lindsey Street, Room 222
Norman, OK 73019-2001
Phone 405-325-4989
Fax 405-325-0718
E-mail: rkgaddie@ou.edu
http://faculty-staff.ou.edu/G/Ronald.K.Gaddie-1
http://socialsciencequarterly.org

1



Ronald Keith Gaddie
3801 Chamberlyne Way
Norman, OK 73072
rkgaddie@ou.edu
(405) 329-9723

June 3 2011

Eric M. McLeod, Esq.
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Post Office Box 1806
Madison, WI 53701-1806

Dear Eric,

Attached please find a bill for services rendered to your firm related to the Wisconsin legislative redistricting, for the period May 1 through May 31 2011.

Sincerely,

Ronald Keith Gaddie Ph.D.


CC: File

MBF000027

Ronald Keith Gaddie
3801 Chamberlyne Way
Norman, OK 73072
Tax ID 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

For services rendered in the Wisconsin legislative redistricting, for the period May 1 through May 31 2011.

| Professional Services: | | |
|---|---|---|
| Research and Analysis | 34.2 hours at $300 | $10,260.00 |
| | Total | $10,260.00 |

MBF000028