| | |
|---|---|
| **From:** | Gaddie, Ronald K. [rkgaddie@ou.edu] |
| **Sent:** | Friday, July 29, 2011 3:48 PM |
| **To:** | McLeod, Eric M (22257) |
| **Subject:** | Billing |
| **Attachments:** | Wisconsin_billing_20110801.pdf |

Eric,

Attached please find my billing for June and July.

Best,
Keith

Ronald Keith Gaddie
Professor of Political Science
Editor, *Social Science Quarterly*
The University of Oklahoma
455 West Lindsey Street, Room 222
Norman, OK 73019-2001
Phone 405-325-4989
Fax 405-325-0718
E-mail: rkgaddie@ou.edu
http://faculty-staff.ou.edu/G/Ronald.K.Gaddie-1
http://socialsciencequarterly.org

1



Gaddie
EXHIBIT NO. 78
1/20/12 RPTR PC
For the Record, Inc.
(608) 833-0392

MBF000018

Ronald Keith Gaddie
3801 Chamberlyne Way
Norman, OK 73072
rkgaddie@ou.edu
(405) 329-9723

August 1 2011

Eric M. McLeod, Esq.
Michael Best & Friedrich LLP
One South Pinckney Street, Suite 700
Post Office Box 1806
Madison, WI 53701-1806

Dear Eric,

Attached please find a bill for services rendered to your firm related to the Wisconsin
legislative redistricting, for the period June 1 through July 31 2011.

Sincerely,

Ronald Keith Gaddie Ph.D.

CC: File

MBF000019

Ronald Keith Gaddie
3801 Chamberlyne Way
Norman, OK 73072
Tax ID 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


For services rendered in the Wisconsin legislative redistricting, for the period June 1
through July 31 2011.


Professional Services:
Research and Analysis                28.7 hours at $300        $8,610.00

                                            Total        $8,610.00

MBF000020