## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| WILLIAM WHITFORD, ROGER ANCLAM, | ) | |
| EMILY BUNTING, MARY LYNNE DONOHUE, | ) | |
| HELEN HARRIS, WAYNE JENSEN, | ) | |
| WENDY SUE JOHNSON, JANET MITCHELL, | ) | No. 15-cv-421-bbc |
| ALLISON SEATON, JAMES SEATON, | ) | |
| JEROME WALLACE, and DONALD WINTER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GERALD C. NICHOL, THOMAS BARLAND, | ) | |
| JOHN FRANKE, HAROLD V. FROEHLICH, | ) | |
| KEVIN J. KENNEDY, ELSA LAMELAS, and | ) | |
| TIMOTHY VOCKE, | ) | |
| | ) | |
| Defendants. | ) | |

---

### PLAINTIFFS' EXHIBIT LIST

---

In accordance with the Court's October 15, 2015 Scheduling Order (Dkt. 33) and Civil

L.R. 16(c)(1), the parties, through their respective counsel, submit the following exhibit lists.

**Exhibits Plaintiffs Expect to Use**

| EXHIBIT (S) OF | |
|---|---|
| | WILLIAM WHITFORD, *et al.* |
| | V.                    Case No.15-cv-421-bbc |
| _____Plaintiffs_____<br>(Indicate plaintiff or defendant) | GERALD NICHOL, *et al.* |

| Date | Identification | | Description | Offers, Objections, |
|---|---|---|---|---|
| | **No.** | **Witness** | | **Rulings, Exceptions** |
| | 1 | | Illustrative Maps | |
| | 2 | | Expert Report of Ken Mayer, dated July 3, 2015 | |
| | 3 | | Expert Report of Ken Mayer, Mayer Regression Model | |
| | 4 | | Expert Report of Ken Mayer, Figure 1 | |
| | 5 | | Expert Report of Ken Mayer, Figure 2 | |
| | 6 | | Expert Report of Ken Mayer, Figure 3 | |
| | 7 | | Expert Report of Ken Mayer, Figure 4 | |
| | 8 | | Expert Report of Ken Mayer, Figure 5 | |
| | 9 | | Expert Report of Ken Mayer, Figure 6 | |
| | 10 | | Expert Report of Ken Mayer, Figure 7 | |
| | 11 | | Expert Report of Ken Mayer, Figure 8 | |
| | 12 | | Expert Report of Ken Mayer, Figure 9 | |
| | 13 | | Expert Report of Ken Mayer, Figure 10 | |
| | 14 | | Expert Report of Ken Mayer, Figure 11 | |
| | 15 | | Expert Report of Ken Mayer, Figure 12 | |
| | 16 | | Expert Report of Ken Mayer, Figure 13 | |
| | 17 | | Expert Report of Ken Mayer, Figure 14 | |
| | 18 | | Expert Report of Ken Mayer, Table 1 | |
| | 19 | | Expert Report of Ken Mayer, Table 2 | |
| | 20 | | Expert Report of Ken Mayer, Table 3 | |
| | 21 | | Expert Report of Ken Mayer, Table 4 | |
| | 22 | | Expert Report of Ken Mayer, Table 5 | |
| | 23 | | Expert Report of Ken Mayer, Table 6 | |
| | 24 | | Expert Report of Ken Mayer, Table 7 | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 25 | | Expert Report of Ken Mayer, Table 8 | |
| | 26 | | Expert Report of Ken Mayer, Table 9 | |
| | 27 | | Expert Report of Ken Mayer, Table 10 | |
| | 28 | | Expert Report of Ken Mayer, Annex Table, Differences Between GAB reports and LTSB data | |
| | 29 | | Expert Report of Ken Mayer, Annex Table, Allocation of Reporting Unit Data to Ward Data | |
| | 30 | | Expert Report of Ken Mayer, Annex Table, Independent Variable: Assembly Republican Vote Totals | |
| | 31 | | Expert Report of Ken Mayer, Annex Table, Independent Variable: Assembly Democratic Vote Totals | |
| | 32 | | Expert Report of Ken Mayer, Annex Table, Population Deviation | |
| | 33 | | Expert Report of Ken Mayer, Annex Table, Compactness | |
| | 34 | | Expert Report of Simon Jackman, dated July 7, 2015 | |
| | 35 | | Expert Report of Simon Jackman, Figure 1 | |
| | 36 | | Expert Report of Simon Jackman, Figure 2 | |
| | 37 | | Expert Report of Simon Jackman, Figure 3 | |
| | 38 | | Expert Report of Simon Jackman, Figure 4 | |
| | 39 | | Expert Report of Simon Jackman, Figure 5 | |
| | 40 | | Expert Report of Simon Jackman, Figure 6 | |
| | 41 | | Expert Report of Simon Jackman, Figure 7 | |
| | 42 | | Expert Report of Simon Jackman, Figure 8 | |

| Date | Identification | | Description | Offers, Objections, |
|---|---|---|---|---|
| | No. | Witness | | Rulings, Exceptions |
| | 43 | | Expert Report of Simon Jackman, Figure 9 | |
| | 44 | | Expert Report of Simon Jackman, Figure 10 | |
| | 45 | | Expert Report of Simon Jackman, Figure 11 | |
| | 46 | | Expert Report of Simon Jackman, Figure 12 | |
| | 47 | | Expert Report of Simon Jackman, Figure 13 | |
| | 48 | | Expert Report of Simon Jackman, Figure 14 | |
| | 49 | | Expert Report of Simon Jackman, Figure 15 | |
| | 50 | | Expert Report of Simon Jackman, Figure 16 | |
| | 51 | | Expert Report of Simon Jackman, Figure 17 | |
| | 52 | | Expert Report of Simon Jackman, Figure 18 | |
| | 53 | | Expert Report of Simon Jackman, Figure 19 | |
| | 54 | | Expert Report of Simon Jackman, Figure 20 | |
| | 55 | | Expert Report of Simon Jackman, Figure 21 | |
| | 56 | | Expert Report of Simon Jackman, Figure 22 | |
| | 57 | | Expert Report of Simon Jackman, Figure 23 | |
| | 58 | | Expert Report of Simon Jackman, Figure 24 | |
| | 59 | | Expert Report of Simon Jackman, Figure 25 | |
| | 60 | | Expert Report of Simon Jackman, Figure 26 | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 61 | | Expert Report of Simon Jackman, Figure 27 | |
| | 62 | | Expert Report of Simon Jackman, Figure 28 | |
| | 63 | | Expert Report of Simon Jackman, Figure 29 | |
| | 64 | | Expert Report of Simon Jackman, Figure 30 | |
| | 65 | | Expert Report of Simon Jackman, Figure 31 | |
| | 66 | | Expert Report of Simon Jackman, Figure 32 | |
| | 67 | | Expert Report of Simon Jackman, Figure 33 | |
| | 68 | | Expert Report of Simon Jackman, Figure 34 | |
| | 69 | | Expert Report of Simon Jackman, Figure 35 | |
| | 70 | | Expert Report of Simon Jackman, Figure 36 | |
| | 71 | | Expert Report of Simon Jackman, Table 1 | |
| | 72 | | Secrecy Agreements by Republican Legislators | |
| | 73 | | Defendants' Amended Answer, dated January 15, 2016 | |
| | 74 | | Nicholas Stephanopoulos, Our Electoral Exceptionalism (2013) article | Objection: hearsay |
| | 75 | | Ellen Katz, Documenting Discrimination in Voting-Judicial Findings Under Section 2 (2005) article (Part 1 of 2) | Objection: hearsay |
| | 76 | | Ellen Katz, Documenting Discrimination in Voting- Judicial Findings Under Section 2 (2005) article (Part 2 of 2) | Objection: hearsay |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
|---|---|---|---|---|
| | 77 | | Jacob Stein & Patrick Marley, GOP Redistricting Maps Make Dramatic Changes, July 8, 2011 | Objection: hearsay |
| | 78 | | Samuel Issacharoff, Gerrymandering and Political Cartels (2002) article | Objection: hearsay |
| | 79 | | Richard Pildes, The Theory of Political Competition (1999) article | Objection: hearsay |
| | 80 | | Jacob Stein and Patrick Marley, More Than They Bargained For (2013) book excerpt, from Chapter "First Assembly Vote" | Objection: hearsay |
| | 81 | | Trende dataset2.csv | |
| | 82 | | Curriculum Vitae of Dr. Simon Jackman | |
| | 83 | | Expert Rebuttal Report of Simon Jackman, dated December 21, 2015 | |
| | 84 | | Expert Rebuttal Report of Simon Jackman, Figure 1 | |
| | 85 | | Expert Rebuttal Report of Simon Jackman, Figure 2 | |
| | 86 | | Expert Rebuttal Report of Simon Jackman, Figure 3 | |
| | 87 | | Expert Rebuttal Report of Simon Jackman, Figure 4 | |
| | 88 | | Expert Rebuttal Report of Simon Jackman, Figure 5 | |
| | 89 | | Expert Rebuttal Report of Simon Jackman, Figure 6 | |
| | 90 | | Expert Rebuttal Report of Simon Jackman, Figure 7 | |
| | 91 | | Expert Rebuttal Report of Simon Jackman, Figure 8 | |
| | 92 | | Expert Rebuttal Report of Simon Jackman, Figure 9 | |
| | 93 | | Jackman Sensitivity Testing Reliance Material | |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
|---|---|---|---|---|
| | 94 | | Jackman Sensitivity Testing Reliance Material, Figure 1 | |
| | 95 | | Jackman Sensitivity Testing Reliance Material, Figure 2 | |
| | 96 | | Excerpted  Carl Klarner Data | |
| | 97 | | Party Control Data | |
| | 98 | | Eric McGhee, Measuring Partisan Bias in Single-Member District Electoral Systems (2014) article | Objection: hearsay |
| | 99 | | Fifield et al, A New Automated Redistricting Simulator Using Markov Chain Monte Carlo (2015) article | Objection: hearsay |
| | 100 | | Andrew Gelman and Gary King, Estimating the Electoral Consequences of Legislative Redistricting (1990) article | Objection: hearsay |
| | 101 | | Gary Cox and Jonathan Katz, Elbridge Gerry's Salamander (2002) book excerpt | Objection: hearsay |
| | 102 | | Bruce Cain, Assessing the Partisan Effects of Redistricting (1985) article | Objection: hearsay |
| | 103 | | Curriculum Vitae of Dr. Kenneth Mayer | |
| | 104 | | Expert Rebuttal Report of Kenneth Mayer, dated December 21, 2015 | |
| | 105 | | Expert Rebuttal Report of Kenneth Mayer, Figure A | |
| | 106 | | Expert Rebuttal Report of Kenneth Mayer, Figure B | |
| | 107 | | Expert Rebuttal Report of Kenneth Mayer, Figure C | |
| | 108 | | Expert Rebuttal Report of Kenneth Mayer, Figure D | |
| | 109 | | Expert Rebuttal Report of Kenneth Mayer, Table A | |
| | 110 | | Expert Rebuttal Report of Kenneth Mayer, Table B | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 111 | | Expert Rebuttal Report of Kenneth Mayer, Table C | |
| | 112 | | Expert Rebuttal Report of Kenneth Mayer, Table D | |
| | 113 | | Expert Rebuttal Report of Kenneth Mayer, Table E | |
| | 114 | | Amended Expert Rebuttal Report of Kenneth Mayer, dated March 31, 2016 | Objection: untimely under pretrial order and w/o leave of court |
| | 115 | | Amended Expert Rebuttal Report of Kenneth Mayer, Figure E | Objection: untimely under pretrial order and w/o leave of court |
| | 116 | | Amended Expert Rebuttal Report of Kenneth Mayer, Table F | Objection: untimely under pretrial order and w/o leave of court |
| | 117 | | Amended Expert Rebuttal Report of Kenneth Mayer, Table G | Objection: untimely and w/o leave of court |
| | 118 | | Edward Glaeser & Bryce Ward, Myths and Realities of American Political Geography (2005) article | Objection: hearsay |
| | 119 | | Edward Glaeser and Jacob Vigdor, The End of the Segregated Century (2012) article | Objection: hearsay |
| | 120 | | Su-Yuel Chung & Lawrence Brown, Racial/Ethnic Sorting in Spatial Context: Testing the Explanatory Frameworks (2007) article | Objection: hearsay |
| | 121 | | Glaeser & Ward Isolation Index Chart | Objection: hearsay |
| | 122 | | Chart with Average Efficiency Gaps for Wisconsin Plans 1970s-2010s | Reserve right to object |
| | 123 | | Chart with Democratic and Republican Isolation and Clustering Scores 2004-2014 | Reserve right to object |

| Date | Identification | | Description | Offers, Objections, |
|------|------|---------|-------------|---------------------|
| | No. | Witness | | Rulings, Exceptions |
| | 124 | | Chart with Breakdown of Efficiency Gap and Party Control – Historical and Current | Reserve right to object |
| | 125 | | Chart with Efficiency Gap Calculations for Elections Where All Races Contested | Objection: beyond scope of Prof. Jackman's report |
| | 126 | | Declaration of Sean Trende, dated December 2, 2015 | |
| | 127 | | Curriculum Vitae of Sean Trende | |
| | 128 | | Transcript of Sean Trende deposition, dated December 14, 2015 | |
| | 129 | | Subpoena for Sean Trende to appear at deposition, dated December 7, 2015 | |
| | 130 | | Transcript of Nicholas Goedert deposition, dated December 15, 2015 | |
| | 131 | | Fryer & Holden, Measuring the Compactness of Political Districting Plans (2011) article | Objection: hearsay |
| | 132 | | Nicholas Goedert, Gerrymandering or Geography? How Democrats Won the Popular Vote But Lost the Congress (2012) article | |
| | 133 | | Nicholas Goedert, The Case of Disappearing Bias: A 2014 Update to the Gerrymandering or Geography (2015) | |
| | 134 | | Keith Gaddie April 17, 2011 Memo (Wisconsin_Partisanship.docx) | |
| | 135 | | Subpoena for Nicholas Goedert to appear at deposition, dated December 7, 2015 | |
| | 136 | | Expert Report of Nicholas Goedert | |
| | 137 | | Curriculum Vitae of Nicholas Goedert | |
| | 138 | | Plaintiffs' Complaint, dated July 8, 2015 | Objection: hearsay |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
|---|---|---|---|---|
| | 139 | | Goedert Calculations from Math Exercise During Deposition, dated December 15, 2015 | |
| | 140 | | Nicholas Goedert, Redistricting, Risk, and Representation (2014) article | |
| | 141 | | Nicholas Stephanopoulos & Eric McGhee, Partisan Gerrymandering and the Efficiency Gap (2015) article | Objection: hearsay |
| | 142 | | "Media" section from Goedert's academic home page | Objection: hearsay |
| | 143 | | Vox article, "What is gerrymandering" | Objection: hearsay |
| | 144 | | Vox article, "How does gerrymandering work?" | Objection: hearsay |
| | 145 | | Vox article, "How gerrymandering is important to Republican control of the house" | Objection: hearsay |
| | 146 | | Smith & Venables, Introduction to R (2015) article | Objection: hearsay |
| | 147 | | Sean Trende's "Wisconsin_clustering_computation.R" file | |
| | 148 | | Andrew Gelman & Gary King, Unified Method of Evaluating Electoral Systems and Redistricting Plans (1994) article | Objection: hearsay |
| | 149 | | Friedman & Holden, Optimal Gerrymandering: Sometimes Pack, but Never Crack (2008) article | Objection: hearsay |
| | 150 | | Luc Anseln, Local Indicators of Spatial Association – LISA (1995) article | Objection: hearsay |
| | 151 | | Tam Cho, Contagion Effects and Ethnic Contribution Networks (2003) article | Objection: hearsay |
| | 152 | | Reardon & O'Sullivan, Measures of Spatial Segregation (2004) article | Objection: hearsay |
| | 153 | | Denton & Massey, Hypersegregation in U.S. Metropolitan Areas: Black and Hispanic Segregation Along Five Dimensions (1989) article | Objection: hearsay |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
|---|---|---|---|---|
| | 154 | | Jowei Chen Amended Proposed Amicus Brief | Objections: hearsay, relevance, untimely expert testimony, excluded by court order, and outside scope of experts' reports |
| | 155 | | Jowei Chen Wisconsin Analysis filed with Proposed Amicus Brief | Objections: hearsay, relevance, untimely expert testimony, excluded by court order, and outside scope of experts' reports |
| | 156 | | Jowei Chen Wisconsin Act 43 Analysis, publicly available at http://www.umich.edu/~jowei/Wisconsin_Act_43_Analysis.pdf | Objections: hearsay, relevance, untimely expert testimony, excluded by court order, and outside scope of experts' reports |
| | 157 | | Jowei Chen Wisconsin Act 43 Analysis, publicly available, Figure 2 | Objections: hearsay, relevance, untimely expert testimony, excluded by court order, and outside scope of experts' reports |
| | 158 | | Jowei Chen Wisconsin Act 43 Analysis, publicly available, Figure 3 | Objections: hearsay, relevance, untimely expert testimony, excluded by court order, and outside scope of experts' reports |
| | 159 | | Jowei Chen Wisconsin Act 43 Analysis, publicly available, Figure 4 | Objections: hearsay, relevance, untimely expert testimony, excluded by court order, and outside scope of experts' reports |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
|---|---|---|---|---|
| | 160 | | Jowei Chen Wisconsin Act 43 Analysis, publicly available, Figure 7 | Objections: hearsay, relevance, untimely expert testimony, excluded by court order, and outside scope of experts' reports |
| | 161 | | Transcript of Dr. Ronald Keith Gaddie deposition, dated March 9, 2016 | |
| | 162 | | Video deposition of Dr. Ronald Keith Gaddie, dated March 9, 2016 | |
| | 163 | | Notice of Videotaped Deposition to Dr. Gaddie | |
| | 164 | | Green Lexar Flash Drive (produced by Gaddie at his March 9, 2016 deposition) | |
| | 165 | | Transcript of Dr. Gaddie deposition from January 20, 2012 (*Baldus* litigation) | |
| | 166 | | Video deposition of Dr. Ronald Keith Gaddie, dated January 20, 2012 | |
| | 167 | | Transcript of *Baldus* trial | |
| | 168 | | Flash drive marked in *Baldus* as Ex. 57, produced by Dr. Gaddie January 20, 2012 | |
| | 169 | | Dr. Gaddie's engagement/retention letter, dated April 11, 2011 | |
| | 170 | | Flash drive produced at March 9, 2016 deposition of Dr. Gaddie with files recovered by Mark Lanterman from external hard drives | |
| | 171 | | Photo of three hard drives | |
| | 172 | | Plan comparisons spreadsheet (Plancomparisons.xlsm) | |
| | 173 | | Milwaukee_Gaddie_4_16_11_v1_B , Ex. 72 in *Baldus* January 20, 2012 deposition of Dr. Gaddie | |
| | 174 | | Milwaukee_Gaddie_4_16_11_v1_B | |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
|---|---|---|---|---|
| | 175 | | Email string between Dr. Gaddie and Joe Handrick, Tad Ottman & Adam Foltz cced, dated April 20, 2011 | |
| | 176 | | Team Map chart (from Plan Comparisons.xlsm spreadsheet) | |
| | 177 | | Partial version of Joint Final Pretrial Report (*Baldus* litigation) | |
| | 178 | | Exhibit A to Joint Final Pretrial Report (*Baldus* litigation) | |
| | 179 | | Transcript from Jeff Ylvisaker deposition, dated March 11, 2016 | |
| | 180 | | 30(b)(6) Subpoena sent to the Wisconsin Legislative Technology Services Bureau, dated February 12, 2016 | |
| | 181 | | Video deposition of Jeff Ylvisaker, dated April 29, 2013 | |
| | 182 | | Transcript of Jeff Ylvisaker deposition (*Baldus* case), dated April 29, 2013 | |
| | 183 | | Email from Peter Earle to Eric McLeod re: evidence preservation, dated April 10, 2012 | Objection: hearsay and relevance |
| | 184 | | Chart created by Jeff Ylvisaker, tracking Foltz/Ottman computers (exhibit 2 in Ylvisaker April 29, 2013 *Baldus* deposition) | |
| | 185 | | LTSB configuration item dated February 18, 2016 | |
| | 186 | | Privilege log regarding LTSB decommissioning of redistricting computers, dated March 2016 | |
| | 187 | | *Baldus* 30(b)(6) subpoenas with work orders and configuration documents, dated April 2013 | |
| | 188 | | WRK32586 Responsive Spreadsheets File Detail Report.xlsx | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 189 | | WRK32586 External HD Responsive Spreadsheets File Detail Report.xlsx | |
| | 190 | | WRK32587 Responsive Spreadsheets File Detail Report.xlsx | |
| | 191 | | Transcript of Adam Foltz deposition, dated March 31, 2016 | |
| | 192 | | Video deposition of Adam Foltz, dated March 31, 2016 | |
| | 193 | | Subpoena for Adam Foltz to testify at a deposition, dated March 22, 2016 | |
| | 194 | | Flash drive and DVD produced by Adam Foltz, March 31, 2016 | |
| | 195 | | Transcript of Adam Foltz Deposition from *Baldus* case, dated December 21, 2011 | |
| | 196 | | Subpoena for Adam Foltz to testify at a deposition, dated December 13, 2011 | |
| | 197 | | Letter outlining Documents Produced in Response to Subpoena Issued by Plaintiffs to Adam Foltz/Foltz Privilege Log, dated December 21, 2011 | |
| | 198 | | Document produced by Foltz at December 21, 2011 deposition titled 2011-2012 Legislature SB 148 Memo 1 | |
| | 199 | | DVD identified as Adam Foltz Documents Responsive to December 13, 2011 subpoena | |
| | 200 | | DVD identified as Adam Foltz Statewide Database | |
| | 201 | | Order dated December 8, 2011 by U.S. District Judge J.P. Stadtmueller | |
| | 202 | | Order dated December 20, 2011 by U.S. District Judge J.P. Statdtmueller | |
| | 203 | | December 13, 2011 expert report of Ronald Keith Gaddie, Ph.D. | |
| | 204 | | December 14, 2011 expert report of John Diex/Magellan Strategies BR | |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
|---|---|---|---|---|
| | 205 | | Transcript of Adam Foltz Deposition from *Baldus* case, dated February 1, 2012 | |
| | 206 | | Breakdown of Regions pdf | |
| | 207 | | Email from Andy Speth to Judi Rhodes, Tad Ottman dated June 14, 2011 | |
| | 208 | | Email from Andy Speth to Judi Rhodes, Tad Ottman, Andy Gustofson, Adam Foltz, dated June 15, 2011 | |
| | 209 | | Email from Andy Speth to Tad Ottman, Adam Foltz, dated June 21, 2011 | |
| | 210 | | Email chain between Tad Ottman, Adam Foltz, and Michelle Litjens, dated July 7, 2011 | |
| | 211 | | Email from Andrew Welhouse dated July 8, 2011 | |
| | 212 | | Census data (exhibit 112 to February 1, 2012 Foltz deposition) | |
| | 213 | | General Talking Points Memo by Foltz | |
| | 214 | | Metadata document showing Adam Foltz as creator on June 20, 2011 | |
| | 215 | | Transcript of Adam Foltz 30(b)(6) Deposition from *Baldus* case, dated April 30, 2013 | |
| | 216 | | Transcript of Adam Foltz Deposition from Baldus case, dated April 30, 2013 | |
| | 217 | | Subpoena for Adam Foltz to appear at a deposition, dated April 22, 2013 | |
| | 218 | | Declaration of Adam Foltz, dated April 25, 2013 | |
| | 219 | | Supplement to Declaration, dated April 26, 2013 | |
| | 220 | | Defendants Rule 26(a)(1) initial disclosures, *Whitford* litigation | |
| | 221 | | *Baldus* opinion, 849 F. Supp. 2d 840 (E.D. Wis. 2012) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 222 | | Transcript of March 23, 2016 *Whitford* motion hearing | |
| | 223 | | Amended Mark Lanterman Declaration and DVD (image), dated March 18, 2016 | |
| | 224 | | Curriculum Vitae of Mark Lanterman | |
| | 225 | | Computer Forensic Services DVD | |
| | 226 | | Transcript of Tad Ottman deposition, dated March 31, 2016 | |
| | 227 | | Video deposition of Tad Ottman, dated March 31, 2016 | |
| | 228 | | Subpoena for Tad Ottman to testify at a deposition, dated March 22, 2016 | |
| | 229 | | Flash drive and DVD produced by Tad Ottman, March 31, 2016 | |
| | 230 | | Transcript of Tad Ottman Deposition in *Baldus* case, dated December 22, 2011 | |
| | 231 | | Letter Outlining Documents Produced in Response to Subpoena Issued by Plaintiffs to Tad Ottman/Privilege Log dated December 22, 2011 | |
| | 232 | | Documents Produced by Tad Ottman | |
| | 233 | | DVD identified as Tad Ottman Documents Responsive to December 13, 2011 Subpoena | |
| | 234 | | Subpoena for Tad Ottman to testify at a deposition, dated December 13, 2011 | |
| | 235 | | Emails containing information that was inadvertently redacted, July 8-11, 2011 | |
| | 236 | | Transcript of Tad Ottman Deposition in *Baldus* case, dated February 2, 2012 | |
| | 237 | | Ottman Questions and Responses Document (Ottman 000095 – 000096)_ | |
| | 238 | | Current Map chart and emails between Tad Ottman and Andy Speth (Ottman 000117 – 000120) | |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | 239 | | Email from Leah Vukmir to Tad Ottman, dated May 4, 2011 (Ottman000131.pdf) | |
| | 240 | | Current Assembly/Senate Chart MayQandD (Ottman 000144) | |
| | 241 | | Ottman Talking Points Memo (Ottman000141.pdf) | |
| | 242 | | Senate District Information (Ottman 000145 – 000161) | |
| | 243 | | Confidentiality and Nondisclosure Related to Reapportionment Agreements between Michael, Best & Friedrich and 16 Senators | |
| | 244 | | Confidentiality and Nondisclosure Related to Reapportionment Agreements between Michael, Best & Friedrich and 58 Assembly Representatives | |
| | 245 | | Outline for Tad Ottman testimony (Ottman 000102 – 000103) | |
| | 246 | | Transcript of Tad Ottman 30(b)(6) deposititon in Baldus case, dated April 30, 2013 | |
| | 247 | | List of paid staff of Senator Fitzgerald June 1, 2012 through February 28, 2013 | |
| | 248 | | Emails and documents related to SB 150 | |
| | 249 | | Email from Tad Ottman to Ray Taffora, Jim Troupis, Adam Foltz, Eric McLeod re Timeline Update, dated June 30, 2011 | |
| | 250 | | Email from Eric McLeod to Jim Troupis, Ray Taffora, Adam Foltz, Tad Ottman re Amendment on Effective Date of Redistricting, dated October 10, 2011 | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
| | No. | Witness | | |
| | 251 | | Email from Senator Fitzgerald to Tad Ottman re ALEC Conference Call on Redistricting, dated January 20, 2011 | Objection: hearsay and relevance |
| | 252 | | March 5, 2012 Letter from Eric McLeod to Douglas Poland | Objection: hearsay and relevance |
| | 253 | | March 8, 2012 Letter from Douglas Poland to Eric McLeod | Objection: hearsay and relevance |
| | 254 | | March 13, 2012 Letter from Eric McLeod to Douglas Poland | Objection: hearsay and relevance |
| | 255 | | March 15, 2012 Letter from Douglas Poland to Eric McLeod | Objection: hearsay and relevance |
| | 256 | | Email from Joseph Olson to Douglas Poland and Eric McLeod, dated March 16 and 17, 2012 | Objection: hearsay and relevance |
| | 257 | | Letter from Michael, Best & Friedrich to Ottman re: Confidentiality and Nondisclosure Related to Reapportionment dated July 27, 2010 | Objection: hearsay and relevance |
| | 258 | | Letter from Douglas Poland to Joseph Olson and Eric McLeod, dated June 13, 2012 | Objection: hearsay and relevance |
| | 259 | | Transcript of Tad Ottman Deposition in *Baldus* case, dated April 30, 2013 | |
| | 260 | | Subpoena for Tad Ottman to appear at a deposition, dated April 22, 2013 | |
| | 261 | | Declaration of Tad Ottman, dated April 25, 2013 | |
| | 262 | | GOP Seats Senate.docx | |
| | 263 | | C_Users_afoltz_Desktop_Projects_Composite_Adam_Assertive_Curve.xlsx | |
| | 264 | | C_Users_afoltz_Desktop_Projects_Composite_Current_Curve.xlsx | |
| | 265 | | C_Users_afoltz_Desktop_Projects_Composite_Joe_Assertive_Curve.xlsx | |
| | 266 | | C_Users_afoltz_Desktop_Projects_Composite_Joe_Base_Curve.xlsx | |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | 267 | | C_Users_afoltz_Dekstop_Projects_TadAggressiveCurve.xlsx | |
| | 268 | | C_Users_afoltz_Desktop_Projects_Team_Map_Curve.xlsx | |
| | 269 | | C_Users_Public_Documents_Senate_Current_Curve.xlsx | |
| | 270 | | C_Users_tottman.WRK32587_Documents_Documents_Senate_Current_Curve.xlsx | |
| | 271 | | C_Users_tottman.WRK32587_Documents_Documents_Tad_Senate_Assertive_Curve.xlsx | |
| | 272 | | Composite_Adam_Assertive_Curve.xlsx | |
| | 273 | | Composite_Current_Curve.xlsx | |
| | 274 | | Composite_Joe_Assertive_Curve.xlsx | |
| | 275 | | Composite_Joe_Base_Curve.xlsx | |
| | 276 | | Senate_Current_Curve.xlsx | |
| | 277 | | Senate_Current_Curve1.xlsx | |
| | 278 | | Tad_Senate_Assertive_Curve.xlsx | |
| | 279 | | Tad_Senate_Assertive_Curve1.xlsx | |
| | 280 | | TadAggressiveCurve.xlsx | |
| | 281 | | Team_Map_Curve_Senate.xlsx | |
| | 282 | | Team_Map_Curve.xlsx | |
| | 283 | | Summaries.xlsx | |
| | 284 | | Summary.xlsx | |
| | 285 | | C\Users\afoltz\Desktop\Workspace\Kessler\Kessler_Map_Data\asm.xls | Objection: relevance |
| | 286 | | C\Users\afoltz\Desktop\Workspace\Kessler\Pass1_Key.xls | Objection: relevance |
| | 287 | | C\Users\afoltz\Desktop\Workspace\Kessler\asm.xls | Objection: relevance |
| | 288 | | C\Users\afoltz\Desktop\Workspace\Kessler\asm_jobs.xls | Objection: relevance |
| | 289 | | C\Users\afoltz\Desktop\Workspace\Kessler\Redistricting\Kessler_Plan_061407_080707\061407_080707_Final.xls | Objection: relevance |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
|---|---|---|---|---|
| | 290 | | Transcript of Joseph Handrick deposition, dated December 20, 2011 | |
| | 291 | | Subpoena to Joseph Handrick from Douglas M. Poland, dated December 13, 2011 | |
| | 292 | | Packet of documents produced by Joseph Handrick via Eric M. McLeod pursuant to the subpoena | |
| | 293 | | Population Totals | |
| | 294 | | CD labeled Joe Handrick Draft Maps – Block Assignment Files | |
| | 295 | | February 15, 2011 Letter to Don M. Millis and Joseph W. Handrick from Eric M. McLeod re: Retention of Joseph Handrick | |
| | 296 | | February 17, 2011 Letter to Eric M. McLeod from Don M. Millis Engagement Letter | |
| | 297 | | February 18, 2011 Letter to Eric M. McLeod from Don M. Millis Amended Engagement Letter | |
| | 298 | | Bio of Joseph W. Handrick from the website of Reinhart | |
| | 299 | | Joe Handrick's lobbyist license dated January 25, 2011 | |
| | 300 | | Excerpts from the book Born to Run by Ronald Keith Gaddie | Objection: hearsay |
| | 301 | | Defendants' Amended Initial Rule 26(a) Disclosures in *Baldus* | Objection: relevance |
| | 302 | | Second Amended Complaint for Declaratory and Injunctive Relief in *Baldus* | Objection: hearsay |
| | 303 | | Defendants' Answer and Affirmative Defenses to Second Amended Complaint for Declaratory and Injunctive Relief in *Baldus* | Objection: relevance and hearsay |

| Date | Identification | | Description | Offers, Objections, |
|------|------|------|------|------|
| | No. | Witness | | Rulings, Exceptions |
| | 304 | | Plaintiffs' First Set of Interrogatories and First Request for Production of Documents in *Baldus* | Objection: relevance and hearsay |
| | 305 | | Chapter 801.17, Commencement of Action and Venue | Objection: relevance |
| | 306 | | Chapter 751, Supreme Court | Objection: relevance |
| | 307 | | December 2, 2011 to Kathleen Madden from Joseph Louis Olson with attached Amended Summons and Amended Complaint for Declaratory and Other Relief | Objection: relevance and hearsay |
| | 308 | | Withdrawn | |
| | 309 | | Withdrawn | |
| | 310 | | Withdrawn | |
| | 311 | | Transcript of Joseph Handrick deposition, dated February 1, 2012 | |
| | 312 | | Letter from Eric M. McLeod to Douglas Poland with Supplemental Production in Response to Subpoenas Issued by Plaintiffs to Joe Handrick, Adam Foltz, and Tad Ottman, dated January 10, 2012 | |
| | 313 | | Letter from Eric M. McLeod to Douglas Poland with additional documents, dated January 11, 2012 | |
| | 314 | | Summary Core Constituency Report | |
| | 315 | | Series of emails between Joseph Handrick and Jim Troupis, dated January 14, 2011 | |
| | 316 | | Series of emails between Joseph Handrick and Jim troupis, dated January 17, 2011 | |
| | 317 | | Series of emails between Joseph Handrick, Tad Ottman, dated January 25, 2011 | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 318 | | Series of emails between Joseph Handrick and Jim Troupis, dated February 1, 2011 | |
| | 319 | | Emails between Joseph Handrick, Tad Ottman, dated February 14, 2011 | |
| | 320 | | Printout of menu of a disk | |
| | 321 | | Transcript of Joseph Handrick deposition, dated April 30, 2013 | |
| | 322 | | Subpoena for Joseph Handrick to appear at a deposition dated April 22, 2013 | |
| | 323 | | Demonstrative Exhibit - Charts Tracking Vote Share, Seat Share, Efficiency Gap, and Efficiency Gap Durability for Draft Act 43 Plans | Reserve right to object pending verification |
| | 324 | | Demonstrative Exhibit - Charts Showing Efficiency Gap and Compliance with Traditional Criteria for Wisconsin Plans by Decade | Reserve right to object pending verification |
| | 325 | | Demonstrative Exhibit - Charts Showing Correlations Between Efficiency Gap and Alternative Measures of Partisan Gerrymandering | Reserve right to object pending verification |
| | 326 | | Demonstrative Exhibit - Charts Showing Time Trends of Efficiency Gap and Alternative Measures of Partisan Gerrymandering | Reserve right to object pending verification |
| | 327 | | Demonstrative Exhibit - Charts Showing Distributions of Efficiency Gap and Alternative Measures of Partisan Gerrymandering | Reserve right to object pending verification |
| | 328 | | Demonstrative Exhibit - Charts Showing Stability of Efficiency Gap and Alternative Measures of Partisan Gerrymandering | Reserve right to object pending verification |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
|---|---|---|---|---|
| | 329 | | Demonstrative Exhibit - Charts Showing Values and Time Trends of Efficiency Gap and Alternative Measures of Partisan Gerrymandering for Wisconsin | Reserve right to object pending verification |
| | 330 | | Demonstrative Exhibit - Charts Showing Relationships Between Measures of Gerrymandering and Competitiveness | Reserve right to object pending verification |
| | 331 | | Wisconsin Legislative Council Act Memo: 2011 Wisconsin Act 39 | |
| | 332 | | Litigation in the 2010 Cycle, All About Redistricting, http://redistricting.lls.edu/cases.php | Objection: hearsay |
| | 333 | | Bernard Grofman & Gary King, The Future of Partisan Symmetry as a Judicial Test for Partisan Gerrymandering After LULAC v. Perry (2007) article | Objection: hearsay |
| | 334 | | Wisconsin State Legislature, Senate Bill 148: History, https://docs.legis.wisconsin.gov/2011/proposals/sb148 | |
| | 335 | | Joseph Handrick Timesheets April 13, 2011 to April 20, 2011 | |
| | 336 | | Joseph Handrick Timesheets May 25, 2011 to May 26, 2011 | |
| | 337 | | Joe_base_map.xlsx.pdf spreadsheet with printed metadata from Joseph Handrick's document production in January 2012 | |
| | 338 | | Joe_map_assert.xlsx.pdf spreadsheet with printed metadata from Joseph Handrick's document production in January 2012 | |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | 339 | | Stipulation Regarding 30(b)(6) Depositions of the Legislative Technology Services Bureau and Wisconsin State Senate and Assembly, dated March 18, 2016 | |
| | 340 | | Plaintiffs' First Set of Requests for Admission and Attachments 1-9, dated February 5, 2016 | |
| | 341 | | Defendants' Response to Plaintiffs' First Set of Requests for Admission, dated March 7, 2016 | |
| | 342 | | Individual Legislator Memos and Maps from Adam Foltz to Republican Legislators (ADAMFOLZSUPPPROD000119.PDF) | |
| | 343 | | Declaration of Mark Lanterman in *Baldus*, dated February 15, 2013 | Objection: hearsay and relevance for anything other than chain of custody |
| | 344 | | Declaration of Mark Lanterman in *Baldus*, dated March 11, 2013 | Objection: hearsay and relevance for anything other than chain of custody |
| | 345 | | Third Declaration of Mark Lanterman in *Baldus*, dated April 20, 2013 | Objection: hearsay and relevance for anything other than chain of custody |
| | 346 | | Email chain between Tad Ottman, Joseph Handrick, and Adam Foltz dated August 3, 2011 (Handrick000352.pdf) | |
| | 347 | | Email chain between Eric McLeod, Tad Ottman, Adam Foltz, Sarah Troupis, Jim Troupis re: "Letters of Retention—Gaddie & Handrick," dated February 11, 2011 (from 11-CV-562 DISC 2012-02-17 Legislature Released Docs_MBF 000202.pdf) | |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
|---|---|---|---|---|
| | 348 | | Email from Jim Troupis to Eric McLeod, Adam Foltz, Tad Ottman, Sarah Troupis re: Experts and Bernard Grofman, dated June 21, 2011 (from 11-CV-562 DISC 2012-02-17 Legislature Released Docs_MBF 000202.pdf) | |
| | 349 | | Email from Tad Ottman to Jim Troupis, Eric McLeod re: the "redistricting team," dated May 16, 2011 (from 11-CV-562 DISC 2012-02-17 Legislature Released Docs_MBF 000202.pdf) | |
| | 350 | | Email from Tad Ottman to Eric McLeod, Jim Troupis, Raymond Taffora, Sarah Troupis, Adam Foltz re: Revised Timeline, dated July 8, 2011 (from 11-CV-562 DISC 2012-02-17 Legislature Released Docs_MBF 000202.pdf) | |
| | 351 | | Email from Jim Troupis to Tad Ottman, Adam Foltz, Eric McLeod, Sarah Troupis re: "Gaddie & Hispanic," dated June 13, 2011 (from 11-CV-562 DISC 2012-02-17 Legislature Released Docs_MBF 000202.pdf) | |
| | 352 | | Email chain between Tad Ottman, Eric McLeod, Jim Troupis, Adam Foltz re: Meeting with Joe Handrick, dated February 15, 2011 (from 11-CV-562 DISC 2012-02-17 Legislature Released Docs_MBF 000202.pdf) | |
| | 353 | | Transcript of Proceedings, Joint Public Hearing on Wisconsin Redistricting Plan, dated July 13, 2011 | Objection: hearsay |
| | 354 | | June 20-24, 2011 Adam Foltz Legislator Meetings Schedule (ADAMFOLTZSUPPPROD000431.pdf) | |

| Date | Identification | | Description | Offers, Objections, |
| | No. | Witness | | Rulings, Exceptions |
|---|---|---|---|---|
| | 355 | | Senate Motion to Hire Michael, Best & Friedrich and Troupis Law, dated January 3, 2011 (part of the record in *Baldus*, 11-cv-562, docket 81-2) | |
| | 356 | | Assembly Motion to Hire Michael, Best & Friedrich dated January 4, 2011 (part of the record in *Baldus*, 11-cv-562, docket 81-3) | |
| | 357 | | Letter from Democratic Leadership Protesting Hiring of Michael Best, & Friedrich, dated January 5, 2011 (part of the record in *Baldus*, 11-cv-562, docket 81-4) | Objection: hearsay |
| | 358 | | Cartographic Boundary Shapefiles State Legislative Districts – Lower 2006 | |
| | 359 | | Cartographic Boundary Shapefiles State Legislative Districts – Census 2000 | |
| | 360 | | Email from Tad Ottman to Jim Troupis, Eric McLeod, Ray Taffora, Adam Foltz re drawing of districts, dated July 13, 2011 | |
| | 361 | | Email from Tad Ottman to Jim Troupis, Eric McLeod, Adam Foltz re: redistricting timeline, dated February 25, 2011 | |
| | 362 | | Email from Tad Ottman to Jim Troupis, Eric McLeod, Ray Taffora, Adam Foltz re: Hearing Memos, dated July 12, 2011 | |
| | 363 | | Foltz Population Deviation by Party Chart – Foltz001075 | |
| | 364 | | Tad MayQandD Chart – TADOTTMANSUPPPROD000094 | |
| | 365 | | Ottman MayQandD_base2 Chart – TADOTTMANSUPPPROD000095 | |
| | 366 | | Ottman Joe Assertive Chart - TADOTTMANSUPPPROD000097 | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 367 | | Ottman MayQandD_NE Chart - TADOTTMANSUPPPROD000102.pdf | |
| | 368 | | Demonstrative Exhibit – Act 43 Showing District by District Maps | Reserve right to object pending verification |

**Exhibits Plaintiffs May Use**

| EXHIBIT (S) OF | | |
|---|---|---|
| | WILLIAM WHITFORD, *et al.* | |
| | V.             Case No. 15-cv-421-bbc | |
| _____ Plaintiffs _____ (Indicate plaintiff or defendant) | GERALD NICHOL, *et al.* | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 369 | | Defendants' First Set of Requests for Admission and Interrogatories, dated February 24, 2016 | |
| | 370 | | Plaintiffs' Response to Defendants' First Set of Requests for Admission, dated March 25, 2016 | |
| | 371 | | Abramowitz, Alan I., Brad Alexander, and Matthew Gunning. 2006. "Don't Blame Redistricting for Uncompetitive Elections." *PS: Political Science and Politics* 39:87-90 | Hearsay |
| | 372 | | Afshartous, David and Jan de Leeuw. 2005. "Predicting in Multilevel Models." *Journal of Educational and Behavioral Statistics* 30:109-139 (No. 2) | Hearsay |
| | 373 | | Ansolabehere, Stephen and James M. Snyder. 2012. "The Effects of Redistricting on Incumbents." *Election Law Journal* 11:490-502 (No. 4) | Hearsay |
| | 374 | | Ansolabehere, Stephen and James M. Snyder, and Charles Stewart, III. 2000. "Old Voters, New Voters, and the Personal Vote: Using Redistricting to Measure the Incumbency Advantage. *American Journal of Political Science* 44:17-34 (No. 1, January) | Hearsay |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 375 | | Ansolabehere, Stephen and James M. Snyder, and Charles Stewart, III. 2001. "Candidate Positioning in U.S. House Elections." *American Journal of Political Science* 45:136-159 (No. 1, January) | Hearsay |
| | 376 | | Campbell, James E. 1986. "Presidential Coattails and Midterm Losses in State Legislative Elections." *American Political Science Review* 80:45-63 (No. 1, March) | Hearsay |
| | 377 | | Glazier, Amihai, Bernard Grofman, and Marc Robbins. 1987. "Partisan and Incumbency Effects of 1970s Congressional Redistricting." *American Journal of Political Science* 31:680-707 (No. 3, August) | Hearsay |
| | 378 | | Greene, William H. 1990. *Econometric Analysis*. New York: MacMillan | Hearsay |
| | 379 | | Jacobson, Gary C. 2003. "Terror, Terrain, and Turnout: Explaining the 2002 Midterm Elections." *Political Science Quarterly* 118:1-22 (No. 1, Spring) | Hearsay |
| | 380 | | Jacobson, Gary C. 2009. *The Politics of Congressional Elections,* 7th edition. New York: Pearson Longman | Hearsay |
| | 381 | | King, Gary. 1996. "Why Context Should Not Count." *Political Geography* 15:159-163 (No. 2) | Hearsay |
| | 382 | | Levendusky, Matthew S., Jeremy C. Pope, and Simon D. Jackman. 2008. "Measuring-District Level Partisanship with Implications for the Analysis of U.S. Elections." *The Journal of Politics* 70:736-753 (No. 3, July) | Hearsay |
| | 383 | | McDonald, Michael P. 2006. "Drawing the Line on District Competition." *PS; Political Science and Politics* 39:99-104 (No 1, January) | Hearsay |
| | 384 | | McDonald, Michael P. 2014. "Presidential Vote Within State Legislative Districts." *State Politics & Policy Quarterly* 14:196-204 (No. 2) | Hearsay |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 385 | | Pavia, Jose M. and Antonio López-Quílez. 2013. "Spatial Vote Redistribution in Redrawn Polling Units." *Journal of the Royal Statistical Society A* 176: 655-678 (Series A, Part 3) | Hearsay |
| | 386 | | Wattenberg, Martin P., Ian McAllister, and Anthony Salvanto. 2000. "How Voting is Like Taking an SAT Test: An Analysis of American Voter Runoff." *American Politics Quarterly* 28:234-250 (No. 2, April) | Hearsay |
| | 387 | | Butler, David and Donald Stokes. 1974. Political Change in Britain: The Evolution of Electoral Choice. London: Macmillian | Hearsay |
| | 388 | | Edgeworth, FY. 1898. "Applications of the Theory of Probability." Journal of the Royal Statistical Society 51:534 | Hearsay |
| | 389 | | Kendall, M. G. and A. Stuart. 1950. "The Law of Cubic Proportion in Election Results." The British Journal of Sociology 1(3):183–196 | Hearsay |
| | 390 | | Niemi, Richard G. and Patrick Fett. 1986. "The Swing Ratio: An Explanation and an Assessment." Legislative Studies Quarterly 11:75–90 | Hearsay |
| | 391 | | Niemi, Richard G. and Simon Jackman. 1991. "Bias and Responsiveness in State Legislative Districting." Legislative Studies Quarterly 16:183–202 | Hearsay |
| | 392 | | Tufte, Edward R. 1973. "The Relationship Between Seats and Votes in Two-Party Systems." American Political Science Review 67:540–554 | Hearsay |
| | 393 | | Altman, Micah and McDonald, Michael 2010, "The Promise and Perils of Computers in Redistricting." 2010. *Duke Journal of Constitutional Law & Public Policy* 5:69-111 | Hearsay |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 394 | | Chen, Jowei and Jonathan Rodden. 2013. "Unintentional Gerrymandering: Political Geography and Electoral Bias in Legislatures." *Quarterly Journal of Political Science* 8: 239-69 | Hearsay |
| | 395 | | National Conference of State Legislators. September 29, 2009. *Redistricting Law 2010* | Hearsay |
| | 396 | | Bivand, Roger, and Gianfranco Piras. 2015. "Comparing Implementations of Estimation Methods for Spatial Econometrics." *Journal of Statistical Software* 63:1-36 | Hearsay |
| | 397 | | Byers, Simon and Adrian E. Raftery. 1998. "Nearest-Neighbor Clutter Removal for Estimating Features in Spatial Point Processes." *Journal of the American Statistical Association* 93:577-584 | Hearsay |
| | 398 | | Clark, Philip J. and Francis C. Evans. 1954. "Distance to Nearest Neighbor as a Measure of Spatial Relationships in Populations." *Ecology* 35:445-453 | Hearsay |
| | 399 | | Dawkins, Casey J. 2007. "Space and the Measurement of Income Segregation." *Journal of Regional Science* 47:255-272 | Hearsay |
| | 400 | | Iceland, John, and Daniel H. Weinberg. 2002. *Racial and Ethnic Residential Segregation in the United States: 1980-2000*. Census 2000 Special Reports, CENSR-3. August | Hearsay |
| | 401 | | Moore, Dale A. and Tim E. Carpenter. 1999. "Spatial Analytical Methods and Geographic Information Systems: Use in Health Research and Epidemiology." *Epidemiologic Reviews* 21:143-161 | Hearsay |
| | 402 | | 2000s Redistricting Case Summaries, National Conference of State Legislatures, http://www.senate.mn/departments/scr/redist/redsum2000/redsum2000.htm#AL | Hearsay |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 403 | | 1990s Redistricting Case Summaries, National Conference of State Legislatures, http://www.senate.mn/departments/scr/redist/redout.htm | Hearsay |
| | 404 | | 1980s Redistricting Case Summaries, National Conference of State Legislatures, http://www.senate.mn/departments/scr/redist/Redsum1980/redsum1980.htm | Hearsay |
| | 405 | | Michael McDonald & Robin Best, Unfair Partisan Gerrymanders in Politics and Law: A Diagnostic Applied to Six Cases, 14 Election Law Journal 312 (2015) | Hearsay |
| | 406 | | Eric McGhee, Measuring Efficient Partisan Bias (2016), prepared for the Annual Conference of the Midwest Political Science Association April 7-10, 2016. | Hearsay |
| | 407 | | John Nagle, How Competitive Should a Fair Single Member Districting Plan Be? (2016) | Hearsay |
| | 408 | | Samuel Wang, Three Tests for Practical Evaluation of Partisan Gerrymandering, 68 Stanford Law Review (2016) | Hearsay |
| | 409 | | Laughlin McDonald, The Looming 2010 Census: A Proposed Judicially Manageable Standard and Other Reform Options for Partisan Gerrymandering, 46 Harv J Legis 243 (2009) | Hearsay |
| | 410 | | Easha Anand, Finding a Path through the Political Thicket: In Defense of Partisan Gerrymandering's Justiciability, 102 Cal L Rev 917 (2014) | Hearsay |
| | 411 | | Brief of Amici Curiae Professors Gary King, Bernard Grofman, Andrew Gelman, and Jonathan N. Katz, in Support of Neither Party, League of United Latin American Citizens v. Perry, No. 05-204 (available on Westlaw at 2006 WL 53994) | Hearsay |
| | 412 | | Nicholas Stephanopoulos, Spatial Diversity, 125 Harv L Rev 1903 (2012) | Hearsay |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 413 | | Boris Shor and Nolan McCarty, The Ideological Mapping of American Legislatures, 105 Am Pol Sci Rev 530 (2011) | Hearsay |
| | 414 | | Andrew Gelman and Gary King, Enhancing Democracy through Legislative Redistricting, 88 Am Pol Sci Rev 541 (1994) | Hearsay |
| | 415 | | Gary King and Robert X. Browning, Democratic Representation and Partisan Bias in Congressional Elections, 81 Am Pol Sci Rev 1251 (1987) | Hearsay |
| | 416 | | Samuel Issacharoff, Pamela S. Karlan, and Richard H. Pildes, The Law of Democracy: Legal Structure of the Political Process (Thomson Reuters 4th ed 2012) | Hearsay |
| | 417 | | Simon Jackman, Measuring Electoral Bias: Australia, 1949-93, 24 Brt J Pol Sci 319 (1994) | Hearsay |
| | 418 | | Nicholas Stephanopoulos, The Consequences of Consequentialist Criteria, 3 UC Irvine L Review 669 (2013) | Hearsay |
| | 419 | | Arden Rowell and Jessica Bregant, Numeracy and Legal Decision Making, 46 Ariz St L J 191 (2014) | Hearsay |
| | 420 | | Jeffrey A. Taylor, Paul S. Herrnson, and James M. Curry, The Impact of Multimember Districts on Legislative Effort and Success | Hearsay |
| | 421 | | Lani Guinier, Groups, Representation, and Race-Conscious Districting: A Case of the Emperor's Clothes, 71 Tex L Rev 1589 (1993) | Hearsay |
| | 422 | | Guillermo Owen and Bernard Grofman, Optimal Partisan Gerrymandering, 7 Pol Geography Q 5 (1988) | Hearsay |
| | 423 | | Jason Mercier, Proposed Constitutional Amendments Would Require Supermajority Vote for Tax Increases (Washington Policy Center, Feb 2013) | Hearsay |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
| --- | --- | --- | --- | --- |
| | 424 | | Janet Campagna and Bernard Grofman, Party Control and Partisan Bias in 1980s Congressional Redistricting, 52 J Politics 1242 (1990) | Hearsay |
| | 425 | | Gary W. Cox and Jonathan N. Katz, The Reapportionment Revolution and Bias in U.S. Congressional Elections, 43 Am J Pol Sci 812 (1999) | Hearsay |
| | 426 | | Christian R. Grose and Bruce I. Oppenheimer, The Iraq War, Partisanship, and Candidate Attributes: Variations in Partisan Swing in the 2006 U.S. House Elections, 32 Legis Stud Q 531 (2007) | Hearsay |
| | 427 | | Jenni Newton-Farrelly, Wrong Winner Election Outcomes in South Australia: Bias, Minor Parties and Non-uniform Swings (South Australian Parliament Research Library, Apr 1, 2010) | Hearsay |
| | 428 | | Adam B. Cox, Partisan Gerrymandering and Disaggregated Redistricting, 2004 S Ct Rev 409 | Hearsay |
| | 429 | | John Sides and Eric McGhee, Redistricting Didn't Win Republicans the House (Wash Post Wonkblog, Feb 17, 2013) | Hearsay |
| | 430 | | Tony L. Hill, Electoral Bias and the Partisan Impact of Independent Redistricting Bodies: An Analysis Incorporating the Brookes Method (presented at the Annual Conference of the Midwest Political Science Association, Apr 2008) | Hearsay |
| | 431 | | Anthony J. McGann, Charles A. Smith, James A. Keena, Revenge of the Anti-federalists: Constitutional Implications of Redistricting (2014) | Hearsay |
| | 432 | | Andrew J. Taylor, Elephant's Edge: The Republicans as a Ruling Party (Praeger 2005) | Hearsay |
| | 433 | | David Epstein et al, Estimating the Effect of Redistricting on Minority Substantive Representation, 23 J L, Econ & Org 499 (2007) | Hearsay |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|-----|---------|-------------|------------------|
| | No. | Witness | | |
| | 434 | | Kevin A. Hill, Does the Creation of Majority Black Districts Aid Republicans? An Analysis of the 1992 Congressional Elections in Eight Southern States, 57 J Politics 384 (1995) | Hearsay |
| | 435 | | David Lublin and D. Stephen Voss, Racial Redistricting and Realignment in Southern State Legislatures, 44 Am J Pol Sci 792 (2000) | Hearsay |
| | 436 | | Jonathan Winburn, The Realities of Redistricting: Following the Rules and Limiting Gerrymandering in State Legislative Redistricting (Lexington 2008) | Hearsay |
| | 437 | | Todd Makse, Defining Communities of Interest in Redistricting through Initiative Voting, 11 Election L J 503 (2012) | Hearsay |
| | 438 | | Adam B. Cox and Richard T. Holden, Reconsidering Racial and Partisan Gerrymandering, 78 U Chi L Rev 553 (2011) | Hearsay |
| | 439 | | Jonathan Rodden, The Geographic Distribution of Political Preferences, 13 Ann Rev Pol Sci 321 (2010) | Hearsay |
| | 440 | | Altman, Micah. 2002. "A Bayesian Approach to Detecting Electoral Manipulation." Political Geography 21:39-48 | Hearsay |
| | 441 | | Born, Richard. 1985. "Partisan Intentions and Election Day Realities in the Congressional Redistricting Process." The American Political Science Review 79 (2): 305-19 | Hearsay |
| | 442 | | Brace, Kimball, Bernard Grofman, and Lisa Handley. 1987. "Does Redistricting Aimed to Help Blacks Necessarily Help Republicans?" Journal of Politics 49(1): 169-85 | Hearsay |
| | 443 | | Brookes, Ralph Herbert. 1959. "Electoral Distortion in New Zealand." The Australian Journal of Politics and History 5: 218-23 | Hearsay |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 444 | | Cain, Bruce E. 1984. The Reapportionment Puzzle. Berkeley: University of California Press | Hearsay |
| | 445 | | Campbell, James E. 1996. Cheap Seats: The Democratic Party's Advantage in U.S. House Elections. Columbus: The Ohio State University Press | Hearsay |
| | 446 | | Chen, Jowei and Jonathan Rodden. 2011. "Using Legislative Districting Simulations to Measure Electoral Bias in Legislatures." Presented at the annual meeting of the Midwest Political Science Association, Chicago | Hearsay |
| | 447 | | Engstrom, Erik J. 2006. "Stacking the States, Stacking the House: The Partisan Consequences of Congressional Redistricting in the 19th Century." American Political Science Review 100 (03): 419-27 | Hearsay |
| | 448 | | Erikson, Robert S. 1972. "Malapportionment, Gerrymandering, and Party Fortunes in Congressional Elections." American Political Science Review 66 (4): 1234-45 | Hearsay |
| | 449 | | Gelman, Andrew, Gary King, and Andrew C. Thomas. 2008. "JudgeIt II: A Program for Evaluating Electoral Systems and Redistricting Plans." | Hearsay |
| | 450 | | Gilligan, Thomas W., and John G. Matsusaka. 1999. "Structural Constraints on Partisan Bias Under the Efficient Gerrymander." Public Choice 100: 65-84 | Hearsay |
| | 451 | | Grofman, Bernard, William Koetzle, and Thomas Brunell. 1997. "An Integrated Perspective on the Three Potential Sources of Partisan Bias: Malapportionment, Turnout Differences, and the Geographic Distribution of Party Vote Shares." Electoral Studies 16(4): 457-70 | Hearsay |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 452 | | Kastellec, Jonathan P., Andrew Gelman, and Jamie P. Chandler. 2008. "The Playing Field Shifts: Predicting the Seats-Votes Curve in the 2008 U.S. House Elections." PS: Political Science & Politics 41 (4): 729-32 | Hearsay |
| | 453 | | Kousser, J. Morgan. 1996. "Estimating the Partisan Consequences of Redistricting Plans-Simply." Legislative Studies Quarterly 21 (4): 521-41 | Hearsay |
| | 454 | | McDonald, Michael P. 2004. "A Comparative Analysis of Redistricting Institutions in the United States, 2001-02." State Politics & Policy Quarterly 4(4): 371-95 | Hearsay |
| | 455 | | National Conference of State Legislatures Reapportionment Task Force. 1989. "Redistricting Provisions: 50 State Profiles." Washington, DC: National Conference of State Legislatures | Hearsay |
| | 456 | | Niemi, Richard G. and John Deegan, Jr. 1978. "A Theory of Political Districting." The American Political Science Review 72 (4): 1304-23 | Hearsay |
| | 457 | | Shotts, Kenneth W. 2001. "The Effect of Majority-Minority Mandates on Partisan Gerrymandering." American Journal of Political Science 45 (1):120-35 | Hearsay |
| | 458 | | Soper, C.S. and Joan Rydon. 1958. "Under-Representation and Electoral Participation." The Australian Journal of Politics and History 4 (1): 94-106 | Hearsay |
| | 459 | | Taagepera, Rein, and Matthew Soberg Shugart. 1989. Seats and Votes: The Effects and Determinants of Electoral Systems. New Haven, CT: Yale University Press. | Hearsay |
| | 460 | | Yoshinaka, Antoine, and Chad Murphy. 2009. "Partisan Gerrymandering and Population Instability: Completing the Redistricting Puzzle." Political Geography 28: 451-62. | Hearsay |