IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILLIAM WHITFORD, ROGER ANCLAM, EMILY BUNTING, MARY LYNNE DONOHUE, HELEN HARRIS, WAYNE JENSEN, WENDY SUE JOHNSON, JANET MITCHELL, ALLISON SEATON, JAMES SEATON, JEROME WALLACE, and DONALD WINTER,<br><br>    Plaintiffs,<br><br>    v.<br><br>GERALD C. NICHOL, THOMAS BARLAND, JOHN FRANKE, HAROLD V. FROEHLICH, KEVIN J. KENNEDY, ELSA LAMELAS, and TIMOTHY VOCKE,<br><br>    Defendants. | No. 15-cv-421-bbc |

_____

**DEFENDANTS' EXHIBIT LIST**
_____

In accordance with the Court's October 15, 2015, Scheduling Order (Dkt. 33) and Civil L.R. 16(c)(1), the Defendants submit the following exhibit list, together with objections from the Plaintiffs.

1

*Defendants' Exhibits (Exhibits Defendants Expect to Use)*

| | EXHIBIT (S) OF DEFENDANTS | | WILLIAM WHITFORD, et al.,     Plaintiffs, <br><br> V.                Case No. 15-cv-0421-bbc <br><br> GERALD NICHOL, et al.,     Defendants. | |
|---|---|---|---|---|
| **Date** | **Identification** | | **Description** | **Offers, Objections, Rulings, Exceptions** |
| | No. | Witness | | |
| | 501 | | Map of Act 43 legislative districts from pages 20–98 of the 2015–2016 Wisconsin Blue Book | |
| | 502 | | Electronic version of map of Act 43 from LTSB website | |
| | 503 | | 2011 Wisconsin Act 43 | Plaintiffs request that Defendants add in exhibits reflecting the amendment/changes after *Baldus* for completeness. |
| | 504 | | Appendix to 2011 Wisconsin Act 43 | |
| | 505 | | Map of 2002 Assembly Districts showing over- and under-population (*Baldus* Trial Ex. 1121) | |
| | 506 | | Map of 2002 Senate Districts showing over- and under-population (*Baldus* Trial Ex. 1122) | |
| | 507 | | Table 1 to the pretrial report filed on February 14, 2012 in *Baldus* | Ok subject to verification that numbers are consistent |

2

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 508 | | Table 2 to the pretrial report filed on February 14, 2012 in *Baldus* | Object – hearsay/not stipulated to in *Baldus* |
| | 509 | | Table 4 to the pretrial report filed on February 14, 2012 in *Baldus* | Ok subject to verification that numbers are consistent |
| | 510 | | Table 17 to the pretrial report filed on February 14, 2012 in *Baldus* | Object – hearsay/not stipulated to in *Baldus* |
| | 511 | | Table 20 to the pretrial report filed on February 14, 2012 in *Baldus* | Object – hearsay/not stipulated to in *Baldus* |
| | 512 | | Table 21 to the pretrial report filed on February 14, 2012 in *Baldus* | Ok subject to verification that numbers are consistent |
| | 513 | | Table 22 to the pretrial report filed on February 14, 2012 in *Baldus* | Ok subject to verification that numbers are consistent |
| | 514 | | Maps of Wisconsin legislative districts drawn by the court in *Baumgart v. Wendelberger* from pages 20–98 of the 2009–2010 Wisconsin Blue Book | |
| | 515 | | Electronic version of map of legislative districts drawn by the court in *Baumgart v. Wendelberger* Act 43 from LTSB shape files | |
| | 516 | | Maps of Wisconsin legislative districts drawn by the court in *Prosser v. Elections Board* from pages 22–98 of the 2001–2002 Wisconsin Blue Book | |
| | 517 | | Maps of Wisconsin legislative districts enacted in 1983 from pages 22–98 of the 1991–1992 Wisconsin Blue Book | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 518 | | Maps of Wisconsin legislative districts enacted by the Eastern District of Wisconsin in 1982 from pages 22–98 of the 1983–1984 Wisconsin Blue Book | |
| | 519 | | Maps of Wisconsin legislative districts enacted in 1972 from pages 22–99 of the 1981–1982 Wisconsin Blue Book | |
| | 520 | | Map of Demonstration Plan legislative districts from shape files produced by Kenneth Mayer | |
| | 521 | | The section of the Wisconsin Blue Book containing the results of the November general elections in 1972 | |
| | 522 | | The section of the Wisconsin Blue Book containing the results of the November general elections in 1974 | |
| | 523 | | The section of the Wisconsin Blue Book containing the results of the November general elections in 1976 | |
| | 524 | | The section of the Wisconsin Blue Book containing the results of the November general elections in 1978 | |
| | 525 | | The section of the Wisconsin Blue Book containing the results of the November general elections in 1980 | |
| | 526 | | The section of the Wisconsin Blue Book containing the results of the November general elections in 1982 | |
| | 527 | | The section of the Wisconsin Blue Book containing the results of the November general elections in 1984 | |
| | 528 | | The section of the Wisconsin Blue Book containing the results of the November general elections in 1988 | |
| | 529 | | The section of the Wisconsin Blue Book containing the results of the November general elections in 1992 | |
| | 530 | | The section of the Wisconsin Blue Book containing the results of the November general elections in 1994 | |
| | 531 | | The section of the Wisconsin Blue Book containing the results of the November general elections in 1996 | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 532 | | The section of the Wisconsin Blue Book containing the results of the November general elections in 1998 | |
| | 533 | | The Government Accountability Board election results from the November general elections in 2000, including the results shown county-by-county | |
| | 534 | | The Government Accountability Board election results from the November general elections in 2002, including the results shown county-by-county | |
| | 535 | | The Government Accountability Board election results from the November general elections in 2004, including the results shown county-by-county | |
| | 536 | | The Government Accountability Board election results from the November general elections in 2006, including the results shown county-by-county | |
| | 537 | | The Government Accountability Board election results from the November general elections in 2008, including the results shown county-by-county | |
| | 538 | | The Government Accountability Board election results from the November general elections in 2010, including the results shown county-by-county | |
| | 539 | | The Government Accountability Board election results from the November general elections in 2012 | |
| | 540 | | The Government Accountability Board election results from the gubernatorial recall election in June 2012, including the results shown county-by-county | |
| | 541 | | The Government Accountability Board election results from the November general elections in 2014, including the results shown county-by-county | |
| | 542 | | The City of Milwaukee Election Commission results from the November general elections in 2000 | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 543 | | The City of Milwaukee Election Commission results from the November general elections in 2004 | |
| | 544 | | The City of Milwaukee Election Commission results from the November general elections in 2008 | |
| | 545 | | The City of Milwaukee Election Commission results from the November general elections in 2012 | |
| | 546 | | Expert report of Nicholas Goedert including all tables, charts and maps therein | |
| | 547 | | Expert report of Sean Trende including all tables, charts and maps therein | Note – Plaintiffs reserve their motion in limine against Sean Trende |
| | 548 | | Nicholas Goedert, *Gerrymandering or Geography? How Democrats won the popular vote but lost the Congress in 2012*, Research and Politics, April–June 2014: 1–8 | |
| | 549 | | Nicholas Goedert, *The Case of the Disappearing Bias: A 2014 Update to the "Gerrymandering or Geography" Debate*, Research and Politics, 2015 | |
| | 550 | | Jowei Chen & Jonathan Rodden, *Unintentional Gerrymandering: Political Geography and Electoral Bias in Legislatures*, Quarterly Journal of Political Science, 2013, 8: 239–269 | |
| | 551 | | Spreadsheet entitled "WisCompact" on the drive produced by R. Keith Gaddie in *Baldus* and marked as Gaddie Dep. Ex. 57 | |
| | 552 | | June 19, 2011 memo from Adam Foltz to Rep. Gary Bies regarding new district (Dep. Ex. 100 from February 1, 2012 Foltz deposition in *Baldus*). | |
| | 553 | | Spreadsheet entitled "Composite_Current_Curve" from computer WRK32586 | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 554 | | Spreadsheet entitled "Team_Map_Curve" from computer WRK32586 | |
| | 555 | | Spreadsheet entitled "Team_Map_Autobound_Matrix" from computer WRK32864 | |
| | 556 | | Spreadsheet entitled "Merged Matrix output" from computer WRK32586 | |
| | 557 | | Spreadsheet entitled "C_Users_tottman.WRK32587_Desktop_Incumbents_Assembly_2011_2012" from external hard drive for computer WRK52587 | |
| | 558 | | Deposition Exhibit 112 from the February 1, 2012 deposition of Adam Foltz in the *Baldus* case | |
| | 559 | | Mayer Dep. Ex. 5 (spreadsheet containing efficiency gap calculation for Act 43 assuming no incumbents and every seat contested) | |
| | 560 | | Mayer Dep. Ex. 8 (spreadsheet containing efficiency gap calculation for "Gaddie metric") | |
| | 561 | | Mayer Dep. Ex. 10 (spreadsheet containing efficiency gap calculation for Demonstration Plan assuming no incumbents and every seat contested) | |
| | 562 | | Mayer Dep. Ex. 67 (spreadsheet containing information on incumbents who ran for reelection in 2012 in Act 43 districts) | |
| | 563 | | Mayer Dep. Ex. 68 (spreadsheet containing information on incumbency in districts in the Demonstration Plan) | |
| | 564 | | Mayer Dep. Ex. 69 (spreadsheet containing efficiency gap calculation for Act 43 with incumbents) | |
| | 565 | | Mayer Dep. Ex. 70 (spreadsheet containing efficiency gap calculation for Demonstration Plan with incumbents) | |
| | 566 | | Mayer Dep. Ex. 71 (spreadsheet containing efficiency gap calculation for Demonstration Plan with incumbents) | |
| | 567 | | Mayer spreadsheet entitled "Revised Act 43 Swing Rebuttal" | |

7

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 568 | | Mayer spreadsheet entitled "Revised Efficiency Gap – Incumbents in My Plan" | |
| | 569 | | Mayer spreadsheet entitled "Revised Swing Ratio INCUMBENTS" | |
| | 570 | | Demonstrative exhibit showing district-by-district Assembly election results from 2004 through 2010 along with the partisan scores from the legislative staff's average of statewide races | Plaintiffs reserve objections to this demonstrative exhibit |
| | 571 | | Demonstrative exhibit showing district-by-district Assembly election results from 2012 and 2014 along with partisan scores from the legislative staff's composite model and Mayer's baseline partisanship model | Plaintiffs reserve objections to this demonstrative exhibit |
| | 572 | | Demonstrative exhibit showing the 2010 Assembly election results for the seats shown in Mayer's illustrative maps, Dkt. 1-1 | Plaintiffs reserve objections to this demonstrative exhibit |
| | 573 | | Demonstrative exhibits showing Mayer's baseline partisanship scores for the Demonstration Plan districts included in Mayer's illustrative maps, Dkt. 1-1 | Plaintiffs reserve objections to this demonstrative exhibit |

Dated May 10, 2016

BRAD D. SCHIMEL
Wisconsin Attorney General

By: */s/ Brian P. Keenan*

Assistant Attorney General
State Bar #1056525
Wisconsin Department of Justice
Post Office Box 7857
Madison WI 53707
(608) 266-0020
keenanbp@doj.state.wi.us

*Attorney for Defendants*