IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILLIAM WHITFORD, ROGER ANCLAM, EMILY BUNTING, MARY LYNNE DONOHUE, HELEN HARRIS, WAYNE JENSEN, WENDY SUE JOHNSON, JANET MITCHELL, ALLISON SEATON, JAMES SEATON, JEROME WALLACE and DONALD WINTER, | AMENDED JUDGMENT IN A CIVIL CASE<br><br>Case No. 15-cv-421-bbc |

      Plaintiffs,

  v.

BEVERLY R. GILL, JULIE M. GLANCEY,
ANN S. JACOBS, STEVE KING,
DON MILLIS, and MARK L. THOMSEN,

      Defendants.

---

      This action came before the court for consideration with Circuit Judge Kenneth F. Ripple, District Judge Barbara B. Crabb and District Judge William C. Griesbach presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs William Whitford, Roger Anclam, Emily Bunting, Helen Harris, Wayne Jensen, Wendy Sue Johnson, Janet Mitchell, Allison Seaton, James Seaton, Jerome Wallace, Donald Winter and Mary Lynne Donohue and dismissing this case.

      IT IS FURTHER ORDERED AND ADJUDGED that the defendants are enjoined from using the district plan embodied in Act 43 in all future elections.

      IT IS FURTHER ORDERED AND ADJUDGED that the defendants have a remedial redistricting plan for the November 2018 election, enacted by the Wisconsin Legislature and signed by the Governor, in place no later than November 1, 2017. This plan must comply with the November 21, 2016 order but may be contingent upon the Supreme Court's affirmance of the November 21, 2016 order.

IT FURTHER ORDERED AND ADJUGED that the court retains jurisdiction to enter such orders as may be necessary to enforce the court's judgment in this matter and to remedy in a timely manner the constitutional violation.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 2/22/2017 |
| Peter Oppeneer, Clerk of Court | Date |