IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM WHITFORD, et al.,

    Plaintiffs,

v.                                     Case No. 15CV0421

GERALD NICHOL, et al.,

    Defendants.

## DEFENDANTS' AMENDED NOTICE OF APPEAL

The defendants in the above-captioned action hereby give notice of their appeal to the Supreme Court of the United States from the corrected judgment entered on March 15, 2017 (Dkt. 192) (noting in text entry that corrected judgment entered "Pursuant to Rule 60(a) to correct the inadvertent omission of court approval of form as required by Rule 58(b)(2)"), along with the first amended judgment entered on February 22, 2017 (Dkt. 190) and the judgment granting a permanent injunction entered January 27, 2017 (Dkt. 183).

The defendants previously filed a notice of appeal on February 24, 2017 of the earlier two judgments (Dkt. 191) prior to the court's entry of the corrected judgment (Dkt. 192).

This appeal is taken under 28 U.S.C. § 1253.

Dated this 20th day of March, 2017.

        Respectfully submitted,

        BRAD D. SCHIMEL
        Wisconsin Attorney General

        /s/Brian P. Keenan
        BRIAN P. KEENAN
        Assistant Attorney General
        State Bar #1056525

        Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020
(608) 267-2223 (Fax)
keenanbp@doj.state.wi.us

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CERTIFICATE OF SERVICE

CASE NAME: *Whitford, William, et al. v. Nichol, Gerald, et al.*
CASE NO.: 15C421

I hereby certify that on March 20, 2017, I electronically filed:

- NOTICE OF APPEAL and CERTIFICATE OF SERVICE

using the ECF system. I hereby certify that a copy of each document was not only served via ECF but mailed to all parties at the addresses below:

Peter Guyon Earle
Law Office of Peter Earle, LLC
839 North Jefferson Street, Ste. 300
Milwaukee, WI 53202

J. Gerald Hebert
Ruth Merewyn Greenwood
Annabelle Elizabeth Harless
Danielle Marie Lang
1411 K Street NW, Ste. 1400
Washington, DC 20005

Douglas Maynard Poland
Rathje & Woodward, LLC
10 East Doty Street, Ste. 507
Madison, WI 53703

Theodore Reed Boehm
Hoover Hull Turner, LLP
111 Monument Circle, Ste. 4400
Indianapolis, IN 46204

Michele Louise Odorizzi
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Nicholas Odysseas Stephanopoulos
University of Chicago Law School
1111 East 60th Street
Chicago, IL 60637

Susan M. Crawford
Cullen Weston Pines & Bach LLP
122 West Washington Avenue, Ste. 900
Madison, WI 53703

Stephen J. Schulhofer
NYU Law School
40 Washington Square South
New York, NY 10012

/s/Brian P. Keenan
BRIAN P. KEENAN
Assistant Attorney General

Attorneys for Defendants

3