# Supreme Court of the United States



No. 16-1161

BEVERLY R. GILL, ET AL.,

Appellants

v.

WILLIAM WHITFORD, ET AL.

ON APPEAL FROM the United States District Court for the Western District of Wisconsin.

THIS CAUSE came on to be heard on the transcript of the record from the above court and was argued by counsel.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States District Court for the Western District of Wisconsin for further proceedings consistent with the opinion of this Court.

IT IS FURTHER ORDERED that the appellants Beverly R. Gill, et al. recover from William Whitford, et al., Ten Thousand Seven Hundred and Sixty-seven Dollars and Twenty Cents ($10,767.20) for costs herein expended.

June 18, 2018

| | |
|---|---|
| **Printing of record:** | $10,467.20 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $10,767.20 |



SCOTT S. HARRIS
Clerk of the Supreme Court of the United States