IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM WHITFORD, ROGER ANCLAM,
EMILY BUNTING, MARY LYNNE
DONOHUE, HELEN HARRIS, WAYNE
JENSEN, WENDY SUE JOHNSON, JANET
MITCHELL, ALLISON SEATON, JAMES
SEATON, JEROME WALLACE and
DONALD WINTER,

                    Plaintiffs,

     v.

BEVERLY R. GILL, JULIE M. GLANCEY,
ANN S. JACOBS, STEVE KING,
DON MILLIS and MARK L. THOMSEN,

                    Defendants.

ORDER

15-cv-421-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Now that the United States Supreme Court has certified the judgment in this case, the court will provide the parties an opportunity to submit memoranda stating their position on further proceedings consistent with the opinion of the Court. Accordingly, IT IS ORDERED that the parties may have until August 17, 2018 in which to file and serve such

1

memoranda. They may have until August 31, 2018 in which to file and serve reply memoranda.

Entered this 31st day of July, 2018.

BY THE COURT:

/s/

_____

KENNETH F. RIPPLE
Circuit Judge

/s/

_____

BARBARA B. CRABB
District Judge

/s/

_____

WILLIAM C. GRIESBACH
District Judge