IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM WHITFORD, ROGER ANCLAM,
EMILY BUNTING, MARY LYNNE
DONOHUE, HELEN HARRIS, WAYNE
JENSEN, WENDY SUE JOHNSON, JANET
MITCHELL, ALLISON SEATON, JAMES
SEATON, JEROME WALLACE and
DONALD WINTER,

                                  ORDER

              Plaintiffs,

                                15-cv-421-bbc

    v.

BEVERLY R. GILL, JULIE M. GLANCEY,
ANN S. JACOBS, STEVE KING,
DON MILLIS and MARK L. THOMSEN,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      I am withdrawing from further participation in this case.

      Entered this 2d day of August, 2018.

                                BY THE COURT:

                                /s/

                                _____
                                BARBARA B. CRABB
                                District Judge