IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIAM WHITFORD, ROGER ANCLAM,
EMILY BUNTING, MARY LYNNE
DONOHUE, HELEN HARRIS, WAYNE
JENSEN, WENDY SUE JOHNSON, JANET
MITCHELL, ALLISON SEATON, JAMES
SEATON, JEROME WALLACE and
DONALD WINTER,                                                            ORDER
                Plaintiffs,
    v.                                                                        15-cv-421-jdp

BEVERLY R. GILL, JULIE M. GLANCEY,
ANN S. JACOBS, STEVE KING,
DON MILLIS and MARK L. THOMSEN,

                Defendants.

---

The court asked the parties to submit memoranda setting out their proposals for how this case should proceed after remand from the Supreme Court. Dkt. 196. In response, the parties have submitted a succinct joint proposal suggesting that we start with an amended complaint and updated expert reports from plaintiffs, and then we pick up from there as if this were a new case. Dkt. 198.

The court will accept the proposal in part. As proposed by the parties, plaintiffs have until September 14, 2018, to file an amended complaint; the parties will update their initial disclosures by September 28; any new expert reports for plaintiff must be served by October 15. The court will schedule a preliminary pretrial conference for mid-October.

But we are not starting a new brand-new case. By October 5, the parties must submit a joint report that sets out a comprehensive plan and proposed schedule for the expeditious

resolution of this case within the mandate of the Supreme Court. If the parties disagree on aspects of the plan and schedule, they should set out their competing proposals.

IT IS ORDERED that:

1. The August 17 and 27 memoranda deadlines are struck.
2. Plaintiffs have until September 14, 2018, to file an amended complaint.
3. The parties will update their initial disclosures by September 28.
4. Plaintiffs must serve any new expert reports by October 15.
5. The parties must submit a joint preliminary pretrial report by October 5, 2018.

Entered August 16, 2018.

BY THE COURT:

/s/
_____
KENNETH F. RIPPLE
Circuit Judge

/s/
_____
WILLIAM C. GRIESBACH
District Judge

/s/
_____
JAMES D. PETERSON
District Judge