## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

---

WILLIAM WHITFORD, et al.

    Plaintiffs,

v.

BEVERLY R. GILL, et al.,

    Defendants;

and

THE WISCONSIN STATE ASSEMBLY,

    Intervenor-Defendant.

Case No. 3:15-CV-00421-jdp

---

THE WISCONSIN ASSEMBLY DEMOCRATIC
CAMPAIGN COMMITTEE,

    Plaintiff,

v.

BEVERLY R. GILL, et al.,

    Defendants;

and

THE WISCONSIN STATE ASSEMBLY,

    Intervenor-Defendant.

Case No. 3:18-CV-00763-jdp

---

## THE WISCONSIN STATE ASSEMBLY'S
## EMERGENCY MOTION TO STAY

The Wisconsin State Assembly, through its attorneys, hereby moves for an immediate stay of these cases pending the Supreme Court's disposition of *Rucho v. Common Cause* and *Lamone v. Benisek*. The grounds for this motion are set forth in the accompanying Brief in Support of Wisconsin State Assembly's Emergency Motion to Stay and exhibits A - C.

Respectfully submitted this 7th day of January 2019.

**BARTLIT BECK LLP**

/s/ Adam K. Mortara
Adam K. Mortara, SBN 1038391
Joshua P. Ackerman
54 W. Hubbard Street
Chicago, IL 60654
Ph. 312-494-4400
Fax 312-494-4440
adam.mortara@bartlitbeck.com
joshua.ackerman@bartlitbeck.com

**BELL GIFTOS ST. JOHN LLC**

/s/ Kevin St. John
Kevin St. John, SBN 1054815
5325 Wall Street, Suite 2200
Madison, WI 53718-7980
Ph. 608-216-7990
Fax 608-216-7999
kstjohn@bellgiftos.com

*Attorneys for Wisconsin State Assembly*