UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

WILLIAM WHITFORD, et al.

    Plaintiffs,

v.

BEVERLY R. GILL, et al.,

    Defendants,

and

THE WISCONSIN STATE ASSEMBLY,

    Intervenor-Defendant.

Case No. 3:15-CV-00421-jdp

# THE WISCONSIN ELECTIONS COMMISSION DEFENDANTS AND THE WISCONSIN STATE ASSEMBLY'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT WITH PREJUDICE

Subject only to the potential for allocation of costs and the award of fees, this case is over. In the words of the Supreme Court, "partisan gerrymandering claims," whether couched as Equal Protection claims or First Amendment claims, "present political questions beyond the reach of the federal courts. Federal judges have no license to reallocate political power between the two major political parties, with no plausible grant of authority in the Constitution, and no legal standards to limit and direct their decisions." *Rucho v. Common Cause*, No. 18-422, slip op. at 30 (U.S. June 27, 2019); *see also id.* at 34 (vacating and remanding "with instructions to dismiss for lack of jurisdiction").

The Wisconsin Elections Commission Defendants and the Wisconsin State Assembly oppose Plaintiffs' request that this Court order a dismissal without prejudice and that each party bear its own costs and fees in this case. *See* Pls.' Mot. to Dismiss at 1 & n.1, ECF 316. Defendants will be seeking fees and/or costs and request a briefing schedule about the availability of the same.

In light of the Supreme Court's decision in *Rucho* and *Lamone*, the Wisconsin Elections Commission Defendants and the Wisconsin State Assembly respectfully request that this Court dismiss Plaintiffs' amended complaint with prejudice.

June 28, 2019

Respectfully submitted,

*/s/ Adam K. Mortara*
Adam K. Mortara, SBN 1038391
Joshua P. Ackerman
Taylor A.R. Meehan
BARTLIT BECK LLP
54 W. Hubbard Street
Chicago, IL 60654
Ph. 312-494-4400
Fax 312-494-4440
adam.mortara@bartlitbeck.com
joshua.ackerman@bartlitbeck.com
taylor.meehan@bartlitbeck.com

*/s/ Kevin St. John*
Kevin St. John, SBN 1054815
BELL GIFTOS ST. JOHN LLC
5325 Wall Street, Suite 2200
Madison, WI 53718-7980
Ph. 608-216-7990
Fax 608-216-7999
kstjohn@bellgiftos.com

*Attorneys for Wisconsin State Assembly*

*/s/ Brian P. Keenan (w/permission)*
BRIAN P. KEENAN
Assistant Attorney General
State Bar #1056525

KARLA KECKHAVER
Assistant Attorney General
State Bar #1028242

CLAYTON P. KAWSKI
Assistant Attorney General
State Bar #1066228

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020 (AAG Keenan)
(608) 264-6365 (AAG Keckhaver)
(608) 266-8549 (AAG Kawski)
(608) 267-2223 (fax)
keckhaverkz@doj.state.wi.us
keenanbp@doj.state.wi.us
kawskicp@doj.state.wi.us

*Attorneys for Defendants*